Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−11154−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Michael R Smith
107 Bowling Green
Voorhees, NJ 08043

Kelly A Hamburg
aka Kelly A Simon
107 Bowling Green
Voorhees, NJ 08043

Social Security No.:
  xxx−xx−4780

  xxx−xx−7665

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            3/20/19
Time:            10:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 22, 2019
JAN: lgr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-11154-JNP
Michael R Smith                                                           Chapter 13
Kelly A Hamburg
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3            Date Rcvd: Jan 22, 2019
                              Form ID: 132             Total Noticed: 76

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2019.
```
db/jdb         +Michael R Smith,    Kelly A Hamburg,    107 Bowling Green,     Voorhees, NJ 08043-4903
517976477      +A-1 Collections Svc,    2297 State Highway 33 St,    Hamilton Square, NJ 08690-1717
517976486       ARS,    PO Box 8668,    Pompano Beach, FL 33075-8668
517976488      +ARsrtat,    9800 Center Parkway #1100,    Houston, TX 77036-8263
517976489      +AT & T Mobility,    Po Box 3427,    Bloomington, IL 61702-3427
517976478      +Advocare Colon and Rectal Surg,    502 Centennial Blvd #5,     Voorhees, NJ 08043-9544
517976479      +Aes/suntrust Bank,    Pob 61047,    Harrisburg, PA 17106-1047
517976480      +Akron Billing Center,    3585 Ridge Park Dr,    Akron, OH 44333-8203
517976481      +American Airlines AAdvantage,    PO Box 13337,    Philadelphia, PA 19101-3337
517976482      +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
517976483      +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
517976484      +Apex Asset,    2501 Oregon Pike Suite 102,    Lancaster, PA 17601-4890
517976485       Apex Asset Management LLC,    2501 Oregon Pike Suite 102,     Lancaster, PA 17601-4890
517976487       Ars Account Resolution,    1643 Nw 136 Ave Bld H St,    Sunrise, FL 33323
517976490       Bank Of America, N.a.,    4161 Piedmont Pkwy,    Simi Valley, CA 93065
517976491      +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
517976495      +Capital Collection Ser,    20 E Taunton Rd # Bilg50,    Berlin, NJ 08009-2603
517976498      +Cardiothoracic Surgical Specl,    705 Worthington Drive,    Moorestown, NJ 08057-4409
517976501      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517976503      +Cmre Financial Svcs In,    3075 E Imperial Hwy Ste 200,    Brea, CA 92821-6753
517976504       Delaware Valley Urology LLC,    PO Box 14000,    Belfast, ME 04915-4033
517976505      +Diagnostic Pathology Consultants,    575 Milltown Road, PO Box 7242,
                 Rickart Collection Systems,    North Brunswick, NJ 08902-7242
517976508       Emerg Phy Assoc Of S Jersey,    PO Box 189053,    HRRG,    Plantation, FL 33318-9053
517976507      +Emerg Phy Assoc of S Jersey,    1801 Nw 66th Ave Ste 200,     Ars Account Resolution,
                 Plantation, FL 33313-4571
517976506       Emerg Phy Assoc of S Jersey,    PO Box 740021,    Cincinnati, OH 45274-0021
517976509       Emrg Phy Assoc Of S Jersey,    PO Box 63599,    Cincinatti, OH 45263-5999
517976510      +Federated Law Group PLLC,    887 Donald Ross Road,    Juno Beach, FL 33408-1611
517976513       GPS Physicans Group,    101 State St,    Kennett Square, PA 19348
517976514       HRRG,    PO Box 189053,    Plantation, FL 33318-9053
517976516      +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
517976518      +Lourdes Cardiology Services PC,    63 Kresson Road, Suite 101,     Cherry Hill, NJ 08034-3200
517976519      +Lyons, Doughty & Veldhuis PC,    136 Gaither Drive Suite 100,     Mt Laurel, NJ 08054-2239
517976521     +++MIDLAND CREDIT MGMT,    1 RIVERFRONT PLZ STE 710,    NEWARK NJ 07102-5415
                (address filed with court: Midland Credit Mgmt,     1037 Raymond Blvd Ste 710,
                 Newark, NJ 07102)
517976520       Mastercard/ American Airlines AAdvantage,    Card Services,    PO Box 13337,
                 Philadelphia, PA 19101-3337
517976525      +New Jersey Attorney General Office,    Division of Law,    25 Market Street, PO Box 112,
                 Trenton, NJ 08625-0112
517976527      +New York state Higher Education (HESC),    99 Washington Avenue Dept. 736,
                 Albany, NY 12255-1100
517976529      +Nyst Hghr Ed,    99 Washington Ave,    Albany, NY 12255-1100
517976530      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
517976533       Powerback Rehabilitation,    113 South Route,    Voorhees, NJ 08043-9573
517976534      +Pulmonary And Sleep Associates Of South,    107 Berlin Road,    Cherry Hill, NJ 08034-3526
517976535       Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
517976536      +Quest Diagnostics,    Arstrat, LLC,    PO Box 33720,    Detroit, MI 48232-3720
517976537       Reconstructive Orthopedics PA,    4 Evesham Drive Building A Suite 100,     Marlton, NJ 08053
517976538      +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
517976539      +Rickart Coll Systems,    575 Milltown Rd,    North Brunswick, NJ 08902-3336
517976528     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: NJ Division of Taxation,     50 Barrack Street 9th Floor,    PO Box 245,
                 Trenton, NJ 08695)
517976541      +Schachter Portnoy LLC,    3490 US Route 1,    Princeton, NJ 08540-5920
517976542      +South Jersey Pulmonary Specialists,    100 Carnie Blvd A5,     Voorhees, NJ 08043-4513
517976543       South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
517976544      +Stu Ln Trust,    701 East 60th Street North,    Sioux Falls, SD 57104-0432
517976546      +United States Attoney General,    950 Pennsylvania Avenue, NW,     Washington, DC 20530-0009
517976548      +United States Attorney General,    United States Department of Justice,     Ben Franklin Station,
                 P.O. Box 683,    Washington, DC 20044-0683
517976549       Virtua Health System WJE,    PO Box 7044,    Apex Asset Management,    Lancaster, PA 17604-7044
517976551       Virtua Health Voorhees,    PO Box 8500-8267,    Philadelphia, PA 19178-8267
517976552      +Virtua Medical Group,    PO Box 6028,    Bellmawr, NJ 08099-6028
517976554      +Virtua Medical Group PA,    PO Box 6028,    Bellmawr, NJ 08099-6028
517976555     ++WEST JERSEY ANESTHESIA ASSOCIATES PA,    1000 WHITE HORSE ROAD SUITE 204,
                 VOORHEES NJ 08043-4408
                (address filed with court: West Jersey Anesthesia Associates,     102E Centre Blvd,
                 Marlton, NJ 08053-4129)
```

```
District/off: 0312-1              User: admin                Page 2 of 3                 Date Rcvd: Jan 22, 2019
                                  Form ID: 132               Total Noticed: 76


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2019 01:00:39      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2019 01:00:37      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517976492        E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jan 23 2019 01:05:28      Bmw Financial Services,
                 5515 Parkcenter Cir,    Dublin, OH 43017
517976493       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 23 2019 01:04:57      Cach, Llc,
                 4340 S Monaco St Unit 2,    Denver, CO 80237-3485
517976494       +E-mail/Text: bankruptcy@cavps.com Jan 23 2019 01:00:57      Calvary SPV I LLC,
                 500 Summit Lake Drive,    Valhalla, NY 10595-1340
517976496       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 23 2019 01:04:48      Capital One,
                 Po Box 30281,    Salt Lake City, UT 84130-0281
517976497       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 23 2019 01:05:16      Capital One,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
517976500       +E-mail/Text: bkr@cardworks.com Jan 23 2019 00:59:27      Carson Smithfield LLC,   PO Box 9216,
                 Old Bethpage, NY 11804-9016
517976511       +E-mail/Text: bknotices@fenton-mcgarvey.com Jan 23 2019 00:59:39
                 Fenton McGarvey Law Firm PSC,    2401 Stanley Gault Parkway,    Louisville, KY 40223-4175
517976512        E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 01:04:39      GE Capital Retail Bank,
                 PO Box 965004,    Orlando, FL 32896-5004
517976517        E-mail/Text: cio.bncmail@irs.gov Jan 23 2019 00:59:51      Internal Revenue Service,
                 ATTN: Bankruptcy Department,    P.O. Box 7346,    Philadelphia, PA 19101-7346
517976522       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 23 2019 01:00:37      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
517976524       +E-mail/PDF: pa_dc_claims@navient.com Jan 23 2019 01:04:53      Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
517976523       +E-mail/PDF: pa_dc_claims@navient.com Jan 23 2019 01:05:23      Navient,    Po Box 9655,
                 Wilkes Barre, PA 18773-9655
517976532        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2019 01:04:52
                 Portfolio Recovery Associates, LLC,    P.O. Box 12914,    Norfolk, VA 23541
517976531       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2019 01:05:20
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
517976540        E-mail/Text: bkrpt@retrievalmasters.com Jan 23 2019 01:00:36      RMCB,    PO Box 1235,
                 Elmsford, NY 10523-0935
517978002       +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 01:05:40      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517976547       +E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2019 01:00:39      United States Attorney,
                 Peter Rodino Federal Building,    970 Broad Street, Suite 700,    Newark, NJ 07102-2527
                                                                                                 TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517976515*       HRRG,   PO Box 189053,    Plantation, FL 33318-9053
517976526*      +New Jersey Attorney General Office,    Division of Law,    25 Market Street, PO Box 112,
                 Trenton, NJ 08625-0112
517976550*       Virtua Health System WJE,    PO Box 7044,    Apex Asset Management,    Lancaster, PA 17604-7044
517976553*      +Virtua Medical Group,    PO Box 6028,    Bellmawr, NJ 08099-6028
517976556*     ++WEST JERSEY ANESTHESIA ASSOCIATES PA,    1000 WHITE HORSE ROAD SUITE 204,
                 VOORHEES NJ 08043-4408
                (address filed with court: West Jersey Anesthesia Associates,    102E Centre Blvd,
                 Marlton, NJ 08053-4129)
517976499       ##+Care Centrix,   PO Box 7780,    London, KY 40742-7780
517976502       ##Citibank NA,   PO Box 6052,    Sioux Falls, SD 57117-6052
517976545       ##+The Law Firm Of Ryan E. Calef & Assoc.,    1276 Veterans HIghway Suite E-1,
                 Bristol, PA 19007-2597
                                                                                   TOTALS: 0, * 5, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0312-1          User: admin              Page 3 of 3              Date Rcvd: Jan 22, 2019
                              Form ID: 132             Total Noticed: 76
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2019 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Joint Debtor Kelly A Hamburg jjresq@comcast.net,
               jjresq1@comcast.net
              Joseph J. Rogers    on behalf of Debtor Michael R Smith jjresq@comcast.net, jjresq1@comcast.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 4
```