**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

 0   Valuation of Security       0   Assumption of Executory Contract or Unexpired Lease       3   Lien Avoidance

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
Michael R Smith & Kelly A. Hamburg

Case No.: _____19-11154 JNP_____

Judge: _____

Debtor(s)

## Chapter 13 Plan and Motions

☒ Original                  ☒ Modified/Notice Required                Date: 01/29/2019

☒ Motions Included          ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ____JR____    Initial Debtor: ____MS____    Initial Co-Debtor: ____KH____

| Part 1: | Payment and Length of Plan |
|---|---|

a. The debtor shall pay $ __370__ per __month__ to the Chapter 13 Trustee, starting on __February 1, 2019__ for approximately __60__ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒ Future earnings

☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:
Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

    a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

    b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

    a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 3950 |
| DOMESTIC SUPPORT OBLIGATION | | |
| State of NJ | taxes | $477 |

    b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a. Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| PNC Mortgage | mortgage | $13,000 | NA | $13,000 | per note |

### b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:  ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c. Secured claims excluded from 11 U.S.C. 506:  ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments    ☒ NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.  Surrender  ☒ NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

BMW Financial Services, auto loan current and paid outside plan

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

**Part 5:    Unsecured Claims** ☐ **NONE**

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| | | | | |

**Part 7:    Motions  ☒ NONE**

**NOTE: All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**   ☐ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| Cavalry SPV | real property | judgment | $13,096 | $273,000 | $23,675 | $238,707 | $2478 |
| Midland Funding | real property | judgment | $1004 | $273,000 | $23,675 | $238,707 | 100% |
| Cach of NJ LLC | real property | judgment | $1812 | $273,000 | $23,765 | $238,707 | 100% |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8: Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions
2) Joseph J. Rogers, Esquire
3) _____
4) _____

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9:    Modification ☐ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 1/18/2019_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To correct a clerical error checking the boxes indicating 3 judgment liens were to be avoided | Appropriate boxes boxes were checked indicating 3 judgment liens were to be avoided |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

### Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 2/19/2019                              /S/ Michael R. Smith
                                              Debtor

Date: 2/19/2019                              /S/ Kelly A. Hamburg
                                              Joint Debtor

Date: _____                       /S/ Joseph J. Rogers
                                              Attorney for Debtor(s)

```
                            United States Bankruptcy Court
                                 District of New Jersey
In re:                                                            Case No. 19-11154-JNP
Michael R Smith                                                   Chapter 13
Kelly A Hamburg
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin                  Page 1 of 3                  Date Rcvd: Feb 19, 2019
                              Form ID: pdf901              Total Noticed: 86


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 21, 2019.
db/jdb         +Michael R Smith,    Kelly A Hamburg,    107 Bowling Green,    Voorhees, NJ 08043-4903
517976477      +A-1 Collections Svc,    2297 State Highway 33 St,    Hamilton Square, NJ 08690-1717
517976486       ARS,   PO Box 8668,    Pompano Beach, FL 33075-8668
517976488      +ARsrtat,   9800 Center Parkway #1100,    Houston, TX 77036-8263
517976489      +AT & T Mobility,    Po Box 3427,   Bloomington, IL 61702-3427
517976478      +Advocare Colon and Rectal Surg,    502 Centennial Blvd #5,    Voorhees, NJ 08043-9544
517976479      +Aes/suntrust Bank,    Pob 61047,   Harrisburg, PA 17106-1047
517976480      +Akron Billing Center,    3585 Ridge Park Dr,    Akron, OH 44333-8203
517976481      +American Airlines AAdvantage,    PO Box 13337,    Philadelphia, PA 19101-3337
518026011       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517976482      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
517976483      +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
517976484      +Apex Asset,    2501 Oregon Pike Suite 102,    Lancaster, PA 17601-4890
517976485       Apex Asset Management LLC,    2501 Oregon Pike Suite 102,    Lancaster, PA 17601-4890
517976487       Ars Account Resolution,    1643 Nw 136 Ave Bld H St,    Sunrise, FL 33323
517976490       Bank Of America, N.a.,    4161 Piedmont Pkwy,    Simi Valley, CA 93065
517976491      +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
517976495      +Capital Collection Ser,    20 E Taunton Rd # Bilg50,    Berlin, NJ 08009-2603
517976498      +Cardiothoracic Surgical Specl,    705 Worthington Drive,    Moorestown, NJ 08057-4409
517976501      +Chase Card,    Po Box 15298,    Wilmington, DE 19850-5298
517976503      +Cmre Financial Svcs In,    3075 E Imperial Hwy Ste 200,    Brea, CA 92821-6753
517976504       Delaware Valley Urology LLC,    PO Box 14000,    Belfast, ME 04915-4033
517976505      +Diagnostic Pathology Consultants,    575 Milltown Road, PO Box 7242,
                 Rickart Collection Systems,    North Brunswick, NJ 08902-7242
518028591       Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
517976508       Emerg Phy Assoc Of S Jersey,    PO Box 189053,    HRRG,    Plantation, FL 33318-9053
517976506       Emerg Phy Assoc of S Jersey,    PO Box 740021,    Cincinnati, OH 45274-0021
517976507      +Emerg Phy Assoc of S Jersey,    1801 Nw 66th Ave Ste 200,    Ars Account Resolution,
                 Plantation, FL 33313-4571
517976509       Emrg Phy Assoc Of S Jersey,    PO Box 63599,    Cincinatti, OH 45263-5999
517976510      +Federated Law Group PLLC,    887 Donald Ross Road,    Juno Beach, FL 33408-1611
517976513       GPS Physicans Group,    101 State St,    Kennett Square, PA 19348
517976514       HRRG,   PO Box 189053,    Plantation, FL 33318-9053
517976516      +I C System Inc,    Po Box 64378,    Saint Paul, MN 55164-0378
517976518      +Lourdes Cardiology Services PC,    63 Kresson Road, Suite 101,    Cherry Hill, NJ 08034-3200
517976519      +Lyons, Doughty & Veldhuis PC,    136 Gaither Drive Suite 100,    Mt Laurel, NJ 08054-2239
517976521     ++++MIDLAND CREDIT MGMT,    1 RIVERFRONT PLZ STE 710,    NEWARK NJ   07102-5415
                (address filed with court: Midland Credit Mgmt,     1037 Raymond Blvd Ste 710,
                 Newark, NJ 07102)
517976520       Mastercard/ American Airlines AAdvantage,    Card Services,    PO Box 13337,
                 Philadelphia, PA 19101-3337
517976525      +New Jersey Attorney General Office,    Division of Law,    25 Market Street, PO Box 112,
                 Trenton, NJ 08625-0112
517976527      +New York state Higher Education (HESC),    99 Washington Avenue Dept. 736,
                 Albany, NY 12255-1100
517976529      +Nyst Hghr Ed,    99 Washington Ave,    Albany, NY 12255-1100
517987333      +PNC Bank, National Association,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517976530      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
517976533       Powerback Rehabilitation,    113 South Route,    Voorhees, NJ 08043-9573
517976534      +Pulmonary And Sleep Associates Of South,    107 Berlin Road,    Cherry Hill, NJ 08034-3526
517976535       Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
517976536      +Quest Diagnostics,    Arstrat, LLC,    PO Box 33720,    Detroit, MI 48232-3720
517976537       Reconstructive Orthopedics PA,    4 Evesham Drive Building A Suite 100,    Marlton, NJ 08053
517976538      +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
517976539      +Rickart Coll Systems,    575 Milltown Rd,    North Brunswick, NJ 08902-3336
517976528     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: NJ Division of Taxation,     50 Barrack Street 9th Floor,    PO Box 245,
                 Trenton, NJ 08695)
517976541      +Schachter Portnoy LLC,    3490 US Route 1,    Princeton, NJ 08540-5920
517976542      +South Jersey Pulmonary Specialists,    100 Carnie Blvd A5,    Voorhees, NJ 08043-4513
517976543       South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
517976544      +Stu Ln Trust,    701 East 60th Street North,    Sioux Falls, SD 57104-0432
517976546      +United States Attoney General,    950 Pennsylvania Avenue, NW,    Washington, DC 20530-0009
517976548      +United States Attorney General,    United States Department of Justice,    Ben Franklin Station,
                 P.O. Box 683,    Washington, DC 20044-0683
517976549       Virtua Health System WJE,    PO Box 7044,    Apex Asset Management,    Lancaster, PA 17604-7044
517976551       Virtua Health Voorhees,    PO Box 8500-8267,    Philadelphia, PA 19178-8267
517976552      +Virtua Medical Group,    PO Box 6028,    Bellmawr, NJ 08099-6028
517976554      +Virtua Medical Group PA,    PO Box 6028,    Bellmawr, NJ 08099-6028
```

```
District/off: 0312-1            User: admin             Page 2 of 3                Date Rcvd: Feb 19, 2019
                                Form ID: pdf901         Total Noticed: 86


517976555      ++WEST JERSEY ANESTHESIA ASSOCIATES PA,     1000 WHITE HORSE ROAD SUITE 204,
                 VOORHEES NJ 08043-4408
                (address filed with court:   West Jersey Anesthesia Associates,    102E Centre Blvd,
                 Marlton, NJ 08053-4129)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2019 02:05:10     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 20 2019 02:05:08     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518008599       E-mail/Text: bkr@cardworks.com Feb 20 2019 02:03:57     Advanta Bank Corporation,
                 Resurgent Capital Services,   PO Box 10368,    Greenville, SC 29603-0368
517985013      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 20 2019 02:10:54
                 BMW Bank of North America,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
518007259       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Feb 20 2019 02:11:27
                 BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH 43016
517976492       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Feb 20 2019 02:11:30     Bmw Financial Services,
                 5515 Parkcenter Cir,    Dublin, OH 43017
518034225       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 20 2019 02:11:30     CACH, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
517976493      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 20 2019 02:11:29     Cach, Llc,
                 4340 S Monaco St Unit 2,    Denver, CO 80237-3485
517976494      +E-mail/Text: bankruptcy@cavps.com Feb 20 2019 02:05:25     Calvary SPV I LLC,
                 500 Summit Lake Drive,    Valhalla, NY 10595-1340
517976496      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 20 2019 02:11:50     Capital One,
                 Po Box 30281,   Salt Lake City, UT 84130-0281
517976497      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 20 2019 02:10:54     Capital One,
                 Po Box 30253,   Salt Lake City, UT 84130-0253
518017044      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 20 2019 02:11:30
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517976500      +E-mail/Text: bkr@cardworks.com Feb 20 2019 02:03:57     Carson Smithfield LLC,   PO Box 9216,
                 Old Bethpage, NY 11804-9016
517976511      +E-mail/Text: bknotices@fenton-mcgarvey.com Feb 20 2019 02:04:10
                 Fenton McGarvey Law Firm PSC,    2401 Stanley Gault Parkway,    Louisville, KY 40223-4175
517976512       E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2019 02:11:18     GE Capital Retail Bank,
                 PO Box 965004,   Orlando, FL 32896-5004
517976517       E-mail/Text: cio.bncmail@irs.gov Feb 20 2019 02:04:34     Internal Revenue Service,
                 ATTN: Bankruptcy Department,    P.O. Box 7346,    Philadelphia, PA 19101-7346
517992560       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 20 2019 02:10:58     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
518034103       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 20 2019 02:10:59     LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
517976522      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 20 2019 02:05:07     Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
517976524      +E-mail/PDF: pa_dc_claims@navient.com Feb 20 2019 02:11:54     Navient,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
517976523      +E-mail/PDF: pa_dc_claims@navient.com Feb 20 2019 02:11:26     Navient,   Po Box 9655,
                 Wilkes Barre, PA 18773-9655
517976532       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2019 02:23:13
                 Portfolio Recovery Associates, LLC,    P.O. Box 12914,    Norfolk, VA 23541
517976531      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 20 2019 02:10:55
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
517976540       E-mail/Text: bkrpt@retrievalmasters.com Feb 20 2019 02:05:07     RMCB,   PO Box 1235,
                 Elmsford, NY 10523-0935
517978002      +E-mail/PDF: gecsedi@recoverycorp.com Feb 20 2019 02:10:50     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517976547      +E-mail/Text: usanj.njbankr@usdoj.gov Feb 20 2019 02:05:10     United States Attorney,
                 Peter Rodino Federal Building,    970 Broad Street, Suite 700,    Newark, NJ 07102-2527
                                                                                              TOTAL: 26

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517976515*      HRRG,   PO Box 189053,   Plantation, FL 33318-9053
517976526*     +New Jersey Attorney General Office,    Division of Law,   25 Market Street, PO Box 112,
                 Trenton, NJ 08625-0112
518016174*    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,   Bankruptcy Section,
                 PO Box 245,   Trenton, NJ 08695-0245)
517976550*      Virtua Health System WJE,    PO Box 7044,   Apex Asset Management,    Lancaster, PA 17604-7044
517976553*     +Virtua Medical Group,    PO Box 6028,   Bellmawr, NJ 08099-6028
517976556*    ++WEST JERSEY ANESTHESIA ASSOCIATES PA,     1000 WHITE HORSE ROAD SUITE 204,
                 VOORHEES NJ 08043-4408
                (address filed with court:   West Jersey Anesthesia Associates,    102E Centre Blvd,
                 Marlton, NJ 08053-4129)
```

```
District/off: 0312-1           User: admin              Page 3 of 3                  Date Rcvd: Feb 19, 2019
                               Form ID: pdf901          Total Noticed: 86

517976499     ##+Care Centrix,    PO Box 7780,    London, KY 40742-7780
517976502      ##Citibank NA,    PO Box 6052,    Sioux Falls, SD 57117-6052
517976545     ##+The Law Firm Of Ryan E. Calef & Assoc.,     1276 Veterans HIghway Suite E-1,
                Bristol, PA 19007-2597
                                                                                       TOTALS: 0, * 6, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 19, 2019 at the address(es) listed below:
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
        Joseph J. Rogers    on behalf of Joint Debtor Kelly A Hamburg jjresq@comcast.net,
        jjresq1@comcast.net
        Joseph J. Rogers    on behalf of Debtor Michael R Smith jjresq@comcast.net, jjresq1@comcast.net
        Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
        kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                    TOTAL: 5