Form 185 – ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 19–11154–JNP
                Chapter: 13
                Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Michael R Smith                               Kelly A Hamburg
   107 Bowling Green                        aka Kelly A Simon
   Voorhees, NJ 08043                      107 Bowling Green
                                                        Voorhees, NJ 08043

Social Security No.:
   xxx–xx–4780                                       xxx–xx–7665

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION**
**AND NOTICE OF HEARING THEREON**

    Notice is hereby given that a Plan was confirmed in this matter on May 3, 2019.

    On 7/8/2019 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                   August 21, 2019
Time:                 10:00 AM
Location:            4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: July 9, 2019
JAN: lgr

                                                                                Jeanne Naughton
                                                                                Clerk

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                             Case No. 19-11154-JNP
Michael R Smith                                                    Chapter 13
Kelly A Hamburg
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin                 Page 1 of 3                  Date Rcvd: Jul 09, 2019
                              Form ID: 185                Total Noticed: 93


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 11, 2019.
db/jdb         +Michael R Smith,    Kelly A Hamburg,    107 Bowling Green,     Voorhees, NJ 08043-4903
517976477      +A-1 Collections Svc,    2297 State Highway 33 St,    Hamilton Square, NJ 08690-1717
517976486       ARS,   PO Box 8668,    Pompano Beach, FL 33075-8668
517976488      +ARsrtat,   9800 Center Parkway #1100,    Houston, TX 77036-8263
517976489      +AT & T Mobility,    Po Box 3427,   Bloomington, IL 61702-3427
517976478      +Advocare Colon and Rectal Surg,    502 Centennial Blvd #5,    Voorhees, NJ 08043-9544
517976479      +Aes/suntrust Bank,    Pob 61047,   Harrisburg, PA 17106-1047
517976480      +Akron Billing Center,    3585 Ridge Park Dr,    Akron, OH 44333-8203
517976481      +American Airlines AAdvantage,    PO Box 13337,    Philadelphia, PA 19101-3337
518026011       American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern   PA 19355-0701
517976482      +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
517976483      +Apex Asset,    2501 Oregon Pike,   Lancaster, PA 17601-4890
517976484      +Apex Asset,    2501 Oregon Pike Suite 102,    Lancaster, PA 17601-4890
517976485       Apex Asset Management LLC,    2501 Oregon Pike Suite 102,    Lancaster, PA 17601-4890
517976487       Ars Account Resolution,    1643 Nw 136 Ave Bld H St,    Sunrise, FL 33323
517976490       Bank Of America, N.a.,    4161 Piedmont Pkwy,    Simi Valley, CA 93065
517976491      +Barclays Bank Delaware,    Attn: Bankruptcy,    P.O. Box 8801,    Wilmington, DE 19899-8801
517976495      +Capital Collection Ser,    20 E Taunton Rd # Bilg50,    Berlin, NJ 08009-2603
517976498      +Cardiothoracic Surgical Specl,    705 Worthington Drive,    Moorestown, NJ 08057-4409
517976501      +Chase Card,    Po Box 15298,   Wilmington, DE 19850-5298
517976503      +Cmre Financial Svcs In,    3075 E Imperial Hwy Ste 200,    Brea, CA 92821-6753
517976504       Delaware Valley Urology LLC,    PO Box 14000,    Belfast, ME 04915-4033
517976505      +Diagnostic Pathology Consultants,    575 Milltown Road, PO Box 7242,
                 Rickart Collection Systems,    North Brunswick, NJ 08902-7242
518059185       EMERGENCY PHYSICIAN ASSOCIATES OF S.JERSEY,PC,    PO Box 1123,    Minneapolis, MN 55440-1123
518028591       Educational Credit Management Corporation,    PO Box 16408,    St. Paul, MN 55116-0408
517976508       Emerg Phy Assoc Of S Jersey,    PO Box 189053,    HRRG,    Plantation, FL 33318-9053
517976507      +Emerg Phy Assoc of S Jersey,    1801 Nw 66th Ave Ste 200,    Ars Account Resolution,
                 Plantation, FL 33313-4571
517976506       Emerg Phy Assoc of S Jersey,    PO Box 740021,    Cincinnati, OH 45274-0021
517976509       Emrg Phy Assoc Of S Jersey,    PO Box 63599,    Cincinatti, OH 45263-5999
517976510      +Federated Law Group PLLC,    887 Donald Ross Road,    Juno Beach, FL 33408-1611
517976511      +Fenton McGarvey Law Firm PSC,    2401 Stanley Gault Parkway,    Louisville, KY 40223-4175
517976513       GPS Physicans Group,    101 State St,   Kennett Square, PA 19348
517976514       HRRG,   PO Box 189053,    Plantation, FL 33318-9053
517976516      +I C System Inc,    Po Box 64378,   Saint Paul, MN 55164-0378
517976518      +Lourdes Cardiology Services PC,    63 Kresson Road, Suite 101,    Cherry Hill, NJ 08034-3200
517976519      +Lyons, Doughty & Veldhuis PC,    136 Gaither Drive Suite 100,    Mt Laurel, NJ 08054-2239
517976521     ++++MIDLAND CREDIT MGMT,    1 RIVERFRONT PLZ STE 710,    NEWARK NJ   07102-5415
                 (address filed with court: Midland Credit Mgmt,     1037 Raymond Blvd Ste 710,
                 Newark, NJ 07102)
517976520       Mastercard/ American Airlines AAdvantage,    Card Services,    PO Box 13337,
                 Philadelphia, PA 19101-3337
517976525      +New Jersey Attorney General Office,    Division of Law,    25 Market Street, PO Box 112,
                 Trenton, NJ 08625-0112
517976527      +New York state Higher Education (HESC),    99 Washington Avenue Dept. 736,
                 Albany, NY 12255-1100
517976529      +Nyst Hghr Ed,    99 Washington Ave,    Albany, NY 12255-1100
518072517      +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
517987333      +PNC Bank, National Association,    Kevin G. McDonald, Esquire,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517976530      +Pnc Mortgage,    Po Box 8703,   Dayton, OH 45401-8703
517976533       Powerback Rehabilitation,    113 South Route,    Voorhees, NJ 08043-9573
517976534      +Pulmonary And Sleep Associates Of South,    107 Berlin Road,    Cherry Hill, NJ 08034-3526
517976535       Quest Diagnostics,    PO Box 740775,    Cincinnati, OH 45274-0775
517976536      +Quest Diagnostics,    Arstrat, LLC,    PO Box 33720,    Detroit, MI 48232-3720
517976537       Reconstructive Orthopedics PA,    4 Evesham Drive Building A Suite 100,    Marlton, NJ 08053
517976538      +Remex Inc,    307 Wall Street,    Princeton, NJ 08540-1515
517976539      +Rickart Coll Systems,    575 Milltown Rd,    North Brunswick, NJ 08902-3336
517976528     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                 (address filed with court: NJ Division of Taxation,     50 Barrack Street 9th Floor,    PO Box 245,
                 Trenton, NJ 08695)
517976541      +Schachter Portnoy LLC,    3490 US Route 1,    Princeton, NJ 08540-5920
517976542      +South Jersey Pulmonary Specialists,    100 Carnie Blvd A5,    Voorhees, NJ 08043-4513
517976543       South Jersey Radiology Associates,    PO Box 1710,    Voorhees, NJ 08043-7710
517976544      +Stu Ln Trust,    701 East 60th Street North,    Sioux Falls, SD 57104-0432
517976546      +United States Attoney General,    950 Pennsylvania Avenue, NW,    Washington, DC 20530-0009
517976548      +United States Attorney General,    United States Department of Justice,    Ben Franklin Station,
                 P.O. Box 683,   Washington, DC 20044-0683
517976549      +Virtua Health System WJ,    Apex Asset Management, LLC,    PO Box 5407,
                 Lancaster, PA 17606-5407
```

```
District/off: 0312-1           User: admin                 Page 2 of 3                   Date Rcvd: Jul 09, 2019
                               Form ID: 185                Total Noticed: 93


517976550       Virtua Health System WJE,    PO Box 7044,    Apex Asset Management,    Lancaster, PA 17604-7044
517976551       Virtua Health Voorhees,    PO Box 8500-8267,    Philadelphia, PA 19178-8267
517976552      +Virtua Medical Group,    PO Box 6028,    Bellmawr, NJ 08099-6028
517976554      +Virtua Medical Group PA,    PO Box 6028,    Bellmawr, NJ 08099-6028
517976555     ++WEST JERSEY ANESTHESIA ASSOCIATES PA,    1000 WHITE HORSE ROAD SUITE 204,
                 VOORHEES NJ 08043-4408
               (address filed with court:   West Jersey Anesthesia Associates,     102E Centre Blvd,
                 Marlton, NJ 08053-4129)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2019 23:55:37      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2019 23:55:34      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518008599       E-mail/Text: bkr@cardworks.com Jul 09 2019 23:53:43      Advanta Bank Corporation,
                 Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
517985013      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 09 2019 23:58:07
                 BMW Bank of North America,    AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
518007259       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 09 2019 23:57:01
                 BMW Financial Services NA, LLC,    P.O. Box 3608,   Dublin, OH  43016
517976492       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 09 2019 23:57:01      Bmw Financial Services,
                 5515 Parkcenter Cir,    Dublin, OH 43017
518034225       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 09 2019 23:57:04      CACH, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10587,   Greenville, SC 29603-0587
517976493      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 09 2019 23:58:15      Cach, Llc,
                 4340 S Monaco St Unit 2,    Denver, CO 80237-3485
517976494      +E-mail/Text: bankruptcy@cavps.com Jul 09 2019 23:55:54      Calvary SPV I LLC,
                 500 Summit Lake Drive,    Valhalla, NY 10595-1340
517976496      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2019 23:56:52      Capital One,
                 Po Box 30281,   Salt Lake City, UT 84130-0281
517976497      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 09 2019 23:58:03      Capital One,
                 Po Box 30253,   Salt Lake City, UT 84130-0253
518017044      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 10 2019 00:08:47
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517976500      +E-mail/Text: bkr@cardworks.com Jul 09 2019 23:53:43      Carson Smithfield LLC,   PO Box 9216,
                 Old Bethpage, NY 11804-9016
517976512       E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 23:57:54      GE Capital Retail Bank,
                 PO Box 965004,    Orlando, FL 32896-5004
517976517       E-mail/Text: cio.bncmail@irs.gov Jul 09 2019 23:54:51      Internal Revenue Service,
                 ATTN: Bankruptcy Department,    P.O. Box 7346,   Philadelphia, PA 19101-7346
517992560       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 09 2019 23:57:04      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
518034103       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 09 2019 23:57:41      LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10587,   Greenville, SC 29603-0587
517976522      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 09 2019 23:55:33      Midland Funding,
                 2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
518048719      +E-mail/Text: bankruptcydpt@mcmcg.com Jul 09 2019 23:55:33      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517976524      +E-mail/PDF: pa_dc_claims@navient.com Jul 09 2019 23:58:13      Navient,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
517976523      +E-mail/PDF: pa_dc_claims@navient.com Jul 09 2019 23:58:13      Navient,   Po Box 9655,
                 Wilkes Barre, PA 18773-9655
518139591       E-mail/PDF: pa_dc_claims@navient.com Jul 09 2019 23:58:14      Navient PC TRUST c/o,
                 Navient Solutions, LLC.,    PO BOX 9640,   Wilkes-Barre, PA 18773-9640
517976532       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2019 23:57:33
                 Portfolio Recovery Associates, LLC,    P.O. Box 12914,   Norfolk, VA 23541
518148745       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 10 2019 00:08:57
                 Portfolio Recovery Associates, LLC,    c/o Care Credit,   POB 41067,   Norfolk VA 23541
518141877       E-mail/PDF: resurgentbknotifications@resurgent.com Jul 09 2019 23:57:41
                 Pinnacle Credit Services, LLC,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
517976531      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 09 2019 23:58:09
                 Portfolio Recov Assoc,    120 Corporate Blvd Ste 1,   Norfolk, VA 23502-4952
517976540       E-mail/Text: bkrpt@retrievalmasters.com Jul 09 2019 23:55:33      RMCB,   PO Box 1235,
                 Elmsford, NY 10523-0935
517978002      +E-mail/PDF: gecsedi@recoverycorp.com Jul 09 2019 23:57:53      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517976547      +E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2019 23:55:37      United States Attorney,
                 Peter Rodino Federal Building,    970 Broad Street, Suite 700,    Newark, NJ 07102-2527
                                                                                               TOTAL: 29

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-1           User: admin                  Page 3 of 3                   Date Rcvd: Jul 09, 2019
                               Form ID: 185                 Total Noticed: 93
```

```
517976515*       HRRG,   PO Box 189053,    Plantation, FL 33318-9053
517976526*      +New Jersey Attorney General Office,    Division of Law,    25 Market Street, PO Box 112,
                  Trenton, NJ 08625-0112
518016174*     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                  PO Box 245,    Trenton, NJ 08695-0245)
517976553*      +Virtua Medical Group,    PO Box 6028,    Bellmawr, NJ 08099-6028
517976556*     ++WEST JERSEY ANESTHESIA ASSOCIATES PA,    1000 WHITE HORSE ROAD SUITE 204,
                  VOORHEES NJ 08043-4408
                (address filed with court:  West Jersey Anesthesia Associates,    102E Centre Blvd,
                  Marlton, NJ 08053-4129)
517976499      ##+Care Centrix,    PO Box 7780,    London, KY 40742-7780
517976502      ##Citibank NA,    PO Box 6052,    Sioux Falls, SD 57117-6052
517976545      ##+The Law Firm Of Ryan E. Calef & Assoc.,    1276 Veterans HIghway Suite E-1,
                  Bristol, PA 19007-2597
                                                                                               TOTALS: 0, * 5, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 9, 2019 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Joint Debtor Kelly A Hamburg jjresq@comcast.net,
               jjrogers0507@gmail.com
              Joseph J. Rogers    on behalf of Debtor Michael R Smith jjresq@comcast.net,    jjrogers0507@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```