UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Order Filed on July 11, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey**

| In Re: | Case No.: 19-11154 |
|---|---|
|  | Chapter: 13 |
| Michael R Smith & Kelly A Hamburg | |
| Debtor(s). | Judge: Jerrold N Poslusny, Jr. |

## ORDER GRANTING MOTION AND PERMITTING DEBTOR
## TO ENTER INTO LOAN MODIFICATION AGREEMENT

The relief set forth on the following page, numbered two, is hereby **ORDERED**.

**DATED: July 11, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

---

**THIS MATTER** having been opened to the Court upon motion requesting the entry of an Order approving a loan modification agreement between the Debtor(s) and PNC Bank ("Creditor") Doc. No. _22_ (the "Motion") and no objections have been filed, and sufficient cause shown,

It is hereby **ORDERED** that:

1. The Motion is hereby granted and the Debtor is permitted to enter into the loan modification agreement with Creditor attached as an Exhibit to the Motion (the "Agreement");

2. The Mortgage secured by real property owned by the Debtor as identified in the Agreement is hereby modified in accordance with the terms set forth in the Agreement.

3. The Chapter 13 Trustee shall suspend disbursements to Creditor pending completion of loan modification as set forth in the Agreement and all money that would otherwise be paid to Creditor, be held until the arrearage portion of the claim is amended to zero, or the claim is withdrawn, or the Trustee is notified by the Creditor that the modification was not consummated;

4. If post-petition arrears are capitalized into the loan modification, the Creditor shall file an amended post-petition claim within thirty (30) days of the date of this Order. Upon receipt of an amended post-petition claim, the Trustee may disburse the funds being reserved pursuant to this order to other creditors in accordance with provisions of the confirmed plan;

5. The Creditor shall notify the Trustee and the Debtor's attorney in the event the modification is not consummated. Any money that was held by the Trustee for the Creditor pursuant to a timely proof of claim pending completion of the modification shall then be paid to Creditor;

6. Debtor shall file an Amended Schedule J and Modified Plan within twenty (20) days of this Order;

7. Communication and/or negotiations between Debtor and mortgagees/mortgage servicers about loan modification shall not be deemed as violation of the automatic stay; and any such communication or negotiation shall not be used by either party against the other in any subsequent litigation.

8. The Debtors shall provide the Trustee with a fully executed copy of the Agreement upon completion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 19-11154-JNP
Michael R Smith                                                       Chapter 13
Kelly A Hamburg
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 1         Date Rcvd: Jul 12, 2019
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2019.
db/jdb         +Michael R Smith,    Kelly A Hamburg,    107 Bowling Green,    Voorhees, NJ 08043-4903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 13, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 11, 2019 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Joseph J. Rogers    on behalf of Joint Debtor Kelly A Hamburg jjresq@comcast.net,
               jjrogers0507@gmail.com
              Joseph J. Rogers    on behalf of Debtor Michael R Smith jjresq@comcast.net, jjrogers0507@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5