**Order Filed on April 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY
COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

In Re:

KELLY A. HAMBURG
a/k/a KELLY A. SIMON and
MICHAEL R. SMITH,
                    Debtors

Case No.: 19-11154-JNP

Judge: Jerrold N. Poslusny Jr.

## CONSENT ORDER MODIFYING STAY AS TO MOTOR VEHICLE
## 2015 MINI COOPER WAGON 4D I3 TURBO

The relief set forth on the following pages, number two (2) through four (4) is hereby

ORDERED.

**DATED: April 2, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

2

| Debtors: | Kelly A. Hamburg and Michael R. Smith |
| Case No.: | 19-11154-JNP |
| Caption of Order: | Consent Order Modifying Stay as To Personal Property |

1.    The 11 U.S.C. § 362(a) Stay as to BMW Bank of North America., its successors and/or assigns ("Movant"), with respect to the personal property of the Debtors described as a 2015 MINI Cooper Wagon 4D I3 Turbo, V.I.N. WMWXS5C54FT832894, in accordance with the agreement of the Debtors and Movant, is hereby modified and shall remain in effect PROVIDED THAT Debtors comply with the following terms and conditions:

(a)    Debtors are current with respect to post-petition payments that have come due through March 30, 2020.

(b)    Debtors will resume making all future regular monthly installment payments of $392.64 (subject to changes for taxes, insurance costs and late fees, if any) beginning on April 5, 2020; Debtors will timely make each payment in accordance with the terms and conditions of the loan document between Debtors and Movant.

2.    Debtors will remain current on all payments ripe, due and owing under the terms of the Chapter 13 Plan.  Debtors will pay Movant as an administrative expense through the Chapter 13 Plan the sum of $306.00 for attorney's fees and costs.

3.    The term "payment" as set forth in Paragraph 1, *supra*, does not include a check that is returned due to insufficient funds, account closed or is otherwise not capable of negotiation for any other reason.

3

| Debtors: | Kelly A. Hamburg and Michael R. Smith |
| Case No.: | 19-11154-JNP |
| Caption of Order: | Consent Order Modifying Stay as To Personal Property |

4.      Debtors will be in default under the Consent Order in the event that Debtors fails to comply with the payment terms and conditions set forth in Paragraph 1, *supra*. If Debtors fail to cure the default within thirty (30) days from the date of default, Movant may apply on five days' notice to Debtors and counsel for Debtors and the Chapter 13 Trustee for an order lifting the automatic stays imposed under 11 U.S.C. § 362(a) and permitting Movant to exercise any rights under the loan documents with respect to the motor vehicle including, but not limited to, initiating and completing a sale of the motor vehicle without regard to any future conversion of this matter to a different form of bankruptcy.

5.      In the event Debtors convert to a bankruptcy under any Chapter other than Chapter 13 of the Bankruptcy Code, then Debtors shall pay all pre-petition arrears and post-petition arrears due and owing within fifteen (15) days from the date the case is converted from Chapter 13 to any other Chapter. If Debtors fail to make payments in accordance with this paragraph, then Movant, through counsel, may file a Certification of Default setting forth said failure and Movant shall be granted immediate relief from the automatic stay provision of Section 362 of the Bankruptcy Code (11 U.S.C. § 362) and the Movant is then permitted to exercise any rights under the loan documents with respect to the motor vehicle including, but not limited to, initiating and completing a sale of the motor vehicle.

4

| Debtors: | Kelly A. Hamburg and Michael R. Smith |
| Case No.: | 19-11154-JNP |
| Caption of Order: | Consent Order Modifying Stay as To Personal Property |

6.    The failure of Movant to issue a notice of default will not be construed or act as a waiver

of any of the rights of Movant under the Consent Order.

7.    Debtors waive the fourteen (14) day stay provided under Rule 4001(a)(3), F.R.B.P.

**We hereby Consent to the form and entry of the foregoing Order.**

Joseph J. Rogers, Esquire
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
Attorney for Debtor

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1917 Brown Street
Philadelphia, PA 19130
Attorney for BMW Bank of North America

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 19-11154-JNP
Michael R Smith                                                 Chapter 13
Kelly A Hamburg
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Apr 02, 2020
                             Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2020.
db/jdb          +Michael R Smith,    Kelly A Hamburg,    107 Bowling Green,    Voorhees, NJ 08043-4903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 2, 2020 at the address(es) listed below:
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America
           jschwartz@mesterschwartz.com
          Joseph J. Rogers    on behalf of Joint Debtor Kelly A Hamburg jjresq@comcast.net,
           jjrogers0507@gmail.com
          Joseph J. Rogers    on behalf of Debtor Michael R Smith jjresq@comcast.net,  jjrogers0507@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
           kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 6