UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

**In Re:**

**KELLY A. HAMBURG a/k/a KELLY A. SIMON and MICHAEL R. SMITH,**
Debtors

Case No.: 19-11154-JNP

Chapter 13

Hearing Date: April 21, 2020

Judge: Jerrold N. Poslusny Jr.

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

✓ Settled    ☐ Withdrawn

Matter: Motion for Relief from Automatic Stay

Date: April 8, 2020

/s/ Jason Brett Schwartz
Signature

*rev. 8/1/15*