Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.: 19–11154–JNP
                        Chapter: 13
                        Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Michael R Smith                                             Kelly A Hamburg
  107 Bowling Green                              aka Kelly A Simon
  Voorhees, NJ 08043                          107 Bowling Green
                                                              Voorhees, NJ 08043

Social Security No.:
  xxx–xx–4780                                                xxx–xx–7665

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:                 September 18, 2020
Time:                10:00 AM
Location:           4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*49* – Certification in Opposition to Trustee Certification of Default (related document:48 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Isabel C. Balboa. Objection deadline is 08/5/2020. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Isabel C. Balboa) filed by Joseph J. Rogers on behalf of Michael R Smith. (Rogers, Joseph)

and transact such other business as may properly come before the meeting.

Dated: August 3, 2020
JAN: lgr

                                                                                          Jeanne Naughton
                                                                                          Clerk