UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

Michael R. Smith & Kelly A. Hamburg,

Debtors.

Case No.:     19-11154-JNP

Chapter:     13

Hearing Date:     10/12/2021

Judge:     Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☐ Withdrawn

Matter:  Motion for Relief re: 107 Bowling Green Drive, Voorhees, NJ (Docket # 57)

_____

Date: 10/8/2021                                   /s/ Denise Carlon
                                                  Signature

*rev.8/1/15*