**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 3 | Lien Avoidance |

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:  
Michael R Smith & Kelly A. Hamburg

Debtor(s)

Case No.: 19-11154 JNP

Judge: Poslusny

## Chapter 13 Plan and Motions

☐ Original     ☒ Modified/Notice Required     Date: 10-29-2021

☐ Motions Included     ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☒ DOES ☐ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ____JR____     Initial Debtor: ____MS____     Initial Co-Debtor: ____KH____

| Part 1: | Payment and Length of Plan |
|---|---|

a.  The debtor shall pay $ _____351.00_____ per _____month_____ to the Chapter 13 Trustee, starting on ____November 1, 2021____ for approximately __51 more (of 84)__ months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

   ☒   Future earnings

   ☐   Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:

   ☐  Sale of real property
   Description:
   Proposed date for completion: _____

   ☐  Refinance of real property:
   Description:
   Proposed date for completion: _____

   ☐  Loan modification with respect to mortgage encumbering property:
   Description:
   Proposed date for completion: _____

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐ Other information that may be important relating to the payment and length of plan:

### Part 2:    Adequate Protection ☒ NONE

a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

### Part 3:    Priority Claims (Including Administrative Expenses)

a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 1 ($5,550 PTD) |
| DOMESTIC SUPPORT OBLIGATION | | |
| KML Law Group | attorney's fees | $538.00 per 10/12/21 order |
| IRS | taxes | $493.30 per POC |
| State of New Jersey | taxes | $841.45 per amended POC |

b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

### a.  Curing Default and Maintaining Payments on Principal Residence:  ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| PNC Mortgage | mortgage | pre-petition arrears $13,000 cured by loan modification | NA | $0 | per note |
| PNC Mortgage | mortgage | post-petition arrears $4,455.71 per court order | NA | $4,455.71 | |

### b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:  ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| BMW Bank of North America | auto loan | $10.00 per POC | none | $10.00 | per note |

### c.  Secured claims excluded from 11 U.S.C. 506:  ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments   ☒ NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.  Surrender   ☒ NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

BMW Bank current and paid outside plan

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:   Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☒ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
|  |  |  |  |  |

**Part 7:    Motions ☐ NONE**

**NOTE:  All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1.  A *Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☐ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| Cavalry SPV<br>Midland Funding<br>Cach of NJ LLC | real property<br>real property<br>real property | judgment<br>judgment<br>judgment | $13,096<br>$1004<br>$1812 | $273,000<br>$273,000<br>$273,000 | $23,675<br>$23,675<br>$23,675 | $238,707<br>$238,707<br>$238,707 | $2478<br>100%<br>100%<br><br>all per prior confirmation order |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### Part 8:   Other Plan Provisions

**a. Vesting of Property of the Estate**

☒  Upon confirmation

☐  Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Joseph J. Rogers, Esquire_____

3) _____

4) _____

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification  ☒ NONE**

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 11/5/21_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Debtors fell behind in post-petition mortgage payments due to medical issues exacerbated by COVID. Mortgage company agreed to cure of post-petition arrears through Chapter 13 plan. Debtors seek to extend plan pursuant to CARES Act. | Post-petition arrears of $4,455.71 and attorney's fees of $538 added to plan per court order; plan is extended to 84 months. Plan payments reduced to $351, base remains the same. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☒ No

**Part 10:   Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 11/5/2021 _____   /S/ Michael R Smith_____
Debtor

Date: 11/5/2021 _____   /S/ Kelly A. Hamburg_____
Joint Debtor

Date: 11/5/2021 _____   /S/ Joseph J. Rogers_____
Attorney for Debtor(s)

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-11154-JNP |
| Michael R Smith | Chapter 13 |
| Kelly A Hamburg | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Nov 08, 2021 | Form ID: pdf901 | Total Noticed: 97 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

++++     Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses.

##       Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael R Smith, Kelly A Hamburg, 107 Bowling Green, Voorhees, NJ 08043-4903 |
| 517976477 | + | A-1 Collections Svc, 2297 State Highway 33 St, Hamilton Square, NJ 08690-1717 |
| 517976486 | | ARS, PO Box 8668, Pompano Beach, FL 33075-8668 |
| 517976488 | + | ARsrtat, 9800 Center Parkway #1100, Houston, TX 77036-8263 |
| 517976489 | + | AT & T Mobility, Po Box 3427, Bloomington, IL 61702-3427 |
| 517976478 | + | Advocare Colon and Rectal Surg, 502 Centennial Blvd #5, Voorhees, NJ 08043-9544 |
| 517976479 | + | Aes/suntrust Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 517976480 | + | Akron Billing Center, 3585 Ridge Park Dr, Akron, OH 44333-8203 |
| 517976481 | + | American Airlines AAdvantage, PO Box 13337, Philadelphia, PA 19101-3337 |
| 518026011 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517976482 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517976483 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 517976484 | + | Apex Asset, 2501 Oregon Pike Suite 102, Lancaster, PA 17601-4890 |
| 517976485 | | Apex Asset Management LLC, 2501 Oregon Pike Suite 102, Lancaster, PA 17601-4890 |
| 517976487 | | Ars Account Resolution, 1643 Nw 136 Ave Bld H St, Sunrise, FL 33323 |
| 517976490 | | Bank Of America, N.a., 4161 Piedmont Pkwy, Simi Valley, CA 93065 |
| 517976491 | + | Barclays Bank Delaware, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 517976495 | + | Capital Collection Ser, 20 E Taunton Rd # Bilg50, Berlin, NJ 08009-2603 |
| 517976498 | + | Cardiothoracic Surgical Specl, 705 Worthington Drive, Moorestown, NJ 08057-4409 |
| 517976502 | | Citibank NA, PO Box 6052, Sioux Falls, SD 57117-6052 |
| 517976503 | + | Cmre Financial Svcs In, 3075 E Imperial Hwy Ste 200, Brea, CA 92821-6753 |
| 517976504 | | Delaware Valley Urology LLC, PO Box 14000, Belfast, ME 04915-4033 |
| 517976505 | + | Diagnostic Pathology Consultants, 575 Milltown Road, PO Box 7242, Rickart Collection Systems, North Brunswick, NJ 08902-7242 |
| 518059185 | | EMERGENCY PHYSICIAN ASSOCIATES OF S.JERSEY,PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518028591 | | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 517976508 | | Emerg Phy Assoc Of S Jersey, PO Box 189053, HRRG, Plantation, FL 33318-9053 |
| 517976507 | + | Emerg Phy Assoc of S Jersey, 1801 Nw 66th Ave Ste 200, Ars Account Resolution, Plantation, FL 33313-4571 |
| 517976506 | | Emerg Phy Assoc of S Jersey, PO Box 740021, Cincinnati, OH 45274-0021 |
| 517976509 | | Emrg Phy Assoc Of S Jersey, PO Box 63599, Cincinatti, OH 45263-5999 |
| 517976510 | + | Federated Law Group PLLC, 887 Donald Ross Road, Juno Beach, FL 33408-1611 |
| 517976511 | + | Fenton McGarvey Law Firm PSC, 2401 Stanley Gault Parkway, Louisville, KY 40223-4175 |
| 517976513 | | GPS Physicians Group, 101 State St, Kennett Square, PA 19348 |
| 517976514 | | HRRG, PO Box 189053, Plantation, FL 33318-9053 |
| 517976516 | + | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 517976518 | + | Lourdes Cardiology Services PC, 63 Kresson Road, Suite 101, Cherry Hill, NJ 08034-3200 |
| 517976519 | + | Lyons, Doughty & Veldhuis PC, 136 Gaither Drive Suite 100, Mt Laurel, NJ 08054-2239 |
| 517976521 | ++++ | MIDLAND CREDIT MGMT, 1 RIVERFRONT PLZ STE 710, NEWARK NJ 07102-5415 address filed with court:, Midland Credit Mgmt, 1037 Raymond Blvd Ste 710, Newark, NJ 07102 |
| 517976520 | | Mastercard/ American Airlines AAdvantage, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517976525 | + | New Jersey Attorney General Office, Division of Law, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |

| Recip ID | | Recipient |
|---|---|---|
| 517976527 | + | New York state Higher Education (HESC), 99 Washington Avenue Dept. 736, Albany, NY 12255-1100 |
| 517976529 | + | Nyst Hghr Ed, 99 Washington Ave, Albany, NY 12255-1100 |
| 517987333 | + | PNC Bank, National Association, Kevin G. McDonald, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517976533 | | Powerback Rehabilitation, 113 South Route, Voorhees, NJ 08043-9573 |
| 517976534 | + | Pulmonary And Sleep Associates Of South, 107 Berlin Road, Cherry Hill, NJ 08034-3526 |
| 517976535 | | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 517976536 | + | Quest Diagnostics, Arstrat, LLC, PO Box 33720, Detroit, MI 48232-3720 |
| 517976537 | | Reconstructive Orthopedics PA, 4 Evesham Drive Building A Suite 100, Marlton, NJ 08053 |
| 517976538 | + | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517976539 | + | Rickart Coll Systems, 575 Milltown Rd, North Brunswick, NJ 08902-3336 |
| 517976528 | ++ | STATE OF NEW JERSEY DIVISION OF TAXATION, ATTN BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08695-0245 address filed with court:, NJ Division of Taxation, 50 Barrack Street 9th Floor, PO Box 245, Trenton, NJ 08695 |
| 517976542 | + | South Jersey Pulmonary Specialists, 100 Carnie Blvd A5, Voorhees, NJ 08043-4513 |
| 517976543 | | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 518016174 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517976544 | + | Stu Ln Trust, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517976545 | + | The Law Firm Of Ryan E. Calef & Assoc., 1276 Veterans HIghway Suite E-1, Bristol, PA 19007-2597 |
| 517976546 | + | United States Attoney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0009 |
| 517976548 | + | United States Attorney General, United States Department of Justice, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |
| 517976549 | + | Virtua Health System WJ, Apex Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 517976550 | | Virtua Health System WJE, PO Box 7044, Apex Asset Management, Lancaster, PA 17604-7044 |
| 517976551 | | Virtua Health Voorhees, PO Box 8500-8267, Philadelphia, PA 19178-8267 |
| 517976552 | + | Virtua Medical Group, PO Box 6028, Bellmawr, NJ 08099-6028 |
| 517976554 | + | Virtua Medical Group PA, PO Box 6028, Bellmawr, NJ 08099-6028 |
| 517976555 | ++ | WEST JERSEY ANESTHESIA ASSOCIATES PA, 1000 WHITE HORSE ROAD SUITE 204, VOORHEES NJ 08043-4408 address filed with court:, West Jersey Anesthesia Associates, 102E Centre Blvd, Marlton, NJ 08053-4129 |

TOTAL: 63

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 08 2021 20:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 08 2021 20:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 08 2021 20:38:42 | BMW Bank of North America, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518008599 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 08 2021 20:38:41 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517985013 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 08 2021 20:38:42 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518007259 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Nov 08 2021 20:38:43 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 517976492 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Nov 08 2021 20:38:42 | Bmw Financial Services, 5515 Parkcenter Cir, Dublin, OH 43017 |
| 518034225 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2021 20:38:44 | CACH, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 517976493 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2021 20:39:01 | Cach, Llc, 4340 S Monaco St Unit 2, Denver, CO 80237-3485 |
| 517976494 | + | Email/Text: bankruptcy@cavps.com | Nov 08 2021 20:31:00 | Calvary SPV I LLC, 500 Summit Lake Drive, Valhalla, NY 10595-1340 |
| 517976497 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 08 2021 20:38:41 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517976496 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 08 2021 20:38:58 | Capital One, Po Box 30281, Salt Lake City, UT |

Case 19-11154-JNP    Doc 68    Filed 11/10/21    Entered 11/11/21 00:12:45    Desc Imaged
                              Certificate of Notice    Page 13 of 14

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 08, 2021 | Form ID: pdf901 | Total Noticed: 97 |

| | | | | |
|---|---|---|---|---|
| | | | | 84130-0281 |
| 518017044 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 08 2021 20:39:03 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517976500 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 08 2021 20:38:41 | Carson Smithfield LLC, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 517976512 | | Email/PDF: gecsedi@recoverycorp.com | Nov 08 2021 20:38:41 | GE Capital Retail Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 517976517 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 08 2021 20:31:00 | Internal Revenue Service, ATTN: Bankruptcy Department, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517976501 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 08 2021 20:38:40 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517992560 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2021 20:38:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518034103 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2021 20:38:53 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 517976522 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 08 2021 20:31:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 518048719 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 08 2021 20:31:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517976524 | + | Email/PDF: pa_dc_claims@navient.com | Nov 08 2021 20:38:43 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 517976523 | + | Email/PDF: pa_dc_claims@navient.com | Nov 08 2021 20:38:51 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 518139591 | | Email/PDF: pa_dc_claims@navient.com | Nov 08 2021 20:38:52 | Navient PC TRUST c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 518072517 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 08 2021 20:31:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 517976530 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 08 2021 20:31:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 517976532 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 08 2021 20:38:59 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 518148745 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 08 2021 20:38:59 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 518141877 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 08 2021 20:38:53 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517976531 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 08 2021 20:38:51 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 517976540 | | Email/Text: bkrpt@retrievalmasters.com | Nov 08 2021 20:31:00 | RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 517976528 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 08 2021 20:31:00 | NJ Division of Taxation, 50 Barrack Street 9th Floor, PO Box 245, Trenton, NJ 08695 |
| 517976541 | + | Email/Text: bk-notification@sps-law.com | Nov 08 2021 20:31:00 | Schachter Portnoy LLC, 3490 US Route 1, Princeton, NJ 08540-5920 |
| 517978002 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 08 2021 20:38:49 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517976547 | + | Email/Text: usanj.njbankr@usdoj.gov | Nov 08 2021 20:31:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517976515 | * | HRRG, PO Box 189053, Plantation, FL 33318-9053 |
| 517976526 | *+ | New Jersey Attorney General Office, Division of Law, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 517976553 | *+ | Virtua Medical Group, PO Box 6028, Bellmawr, NJ 08099-6028 |
| 517976556 | *P++ | WEST JERSEY ANESTHESIA ASSOCIATES PA, 1000 WHITE HORSE ROAD SUITE 204, VOORHEES NJ 08043-4408, address filed with court:, West Jersey Anesthesia Associates, 102E Centre Blvd, Marlton, NJ 08053-4129 |
| 517976499 | ##+ | Care Centrix, PO Box 7780, London, KY 40742-7780 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 10, 2021    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor BMW Bank of North America jschwartz@mesterschwartz.com |
| Joseph J. Rogers | on behalf of Joint Debtor Kelly A Hamburg jjresq@comcast.net jjrogers0507@gmail.com |
| Joseph J. Rogers | on behalf of Debtor Michael R Smith jjresq@comcast.net jjrogers0507@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8