Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−11154−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael R Smith                                      Kelly A Hamburg
   107 Bowling Green                              aka Kelly A Simon
   Voorhees, NJ 08043                            107 Bowling Green
                                                          Voorhees, NJ 08043

Social Security No.:
   xxx−xx−4780                                         xxx−xx−7665

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 15, 2021.

Dated: December 15, 2021
JAN:

                                                                                                  Jeanne Naughton
                                                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-11154-JNP
Michael R Smith                                                        Chapter 13
Kelly A Hamburg
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                      User: admin                          Page 1 of 4
Date Rcvd: Dec 15, 2021                   Form ID: plncf13                     Total Noticed: 97

The following symbols are used throughout this certificate:
**Symbol      Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##       Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael R Smith, Kelly A Hamburg, 107 Bowling Green, Voorhees, NJ 08043-4903 |
| 517976477 | + | A-1 Collections Svc, 2297 State Highway 33 St, Hamilton Square, NJ 08690-1717 |
| 517976486 |   | ARS, PO Box 8668, Pompano Beach, FL 33075-8668 |
| 517976488 | + | ARsrtat, 9800 Center Parkway #1100, Houston, TX 77036-8263 |
| 517976489 | + | AT & T Mobility, Po Box 3427, Bloomington, IL 61702-3427 |
| 517976478 | + | Advocare Colon and Rectal Surg, 502 Centennial Blvd #5, Voorhees, NJ 08043-9544 |
| 517976479 | + | Aes/suntrust Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 517976480 | + | Akron Billing Center, 3585 Ridge Park Dr, Akron, OH 44333-8203 |
| 517976481 | + | American Airlines AAdvantage, PO Box 13337, Philadelphia, PA 19101-3337 |
| 518026011 |   | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517976482 | + | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517976483 | + | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 517976484 | + | Apex Asset, 2501 Oregon Pike Suite 102, Lancaster, PA 17601-4890 |
| 517976485 |   | Apex Asset Management LLC, 2501 Oregon Pike Suite 102, Lancaster, PA 17601-4890 |
| 517976487 |   | Ars Account Resolution, 1643 Nw 136 Ave Bld H St, Sunrise, FL 33323 |
| 517976490 |   | Bank Of America, N.a., 4161 Piedmont Pkwy, Simi Valley, CA 93065 |
| 517976491 | + | Barclays Bank Delaware, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 517976495 | + | Capital Collection Ser, 20 E Taunton Rd # Bilg50, Berlin, NJ 08009-2603 |
| 517976498 | + | Cardiothoracic Surgical Specl, 705 Worthington Drive, Moorestown, NJ 08057-4409 |
| 517976502 |   | Citibank NA, PO Box 6052, Sioux Falls, SD 57117-6052 |
| 517976503 | + | Cmre Financial Svcs In, 3075 E Imperial Hwy Ste 200, Brea, CA 92821-6753 |
| 517976504 |   | Delaware Valley Urology LLC, PO Box 14000, Belfast, ME 04915-4033 |
| 517976505 | + | Diagnostic Pathology Consultants, 575 Milltown Road, PO Box 7242, Rickart Collection Systems, North Brunswick, NJ 08902-7242 |
| 518059185 |   | EMERGENCY PHYSICIAN ASSOCIATES OF S.JERSEY,PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518028591 |   | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 517976508 |   | Emerg Phy Assoc Of S Jersey, PO Box 189053, HRRG, Plantation, FL 33318-9053 |
| 517976506 |   | Emerg Phy Assoc of S Jersey, PO Box 740021, Cincinnati, OH 45274-0021 |
| 517976507 | + | Emerg Phy Assoc of S Jersey, 1801 Nw 66th Ave Ste 200, Ars Account Resolution, Plantation, FL 33313-4571 |
| 517976509 |   | Emrg Phy Assoc Of S Jersey, PO Box 63599, Cincinatti, OH 45263-5999 |
| 517976510 | + | Federated Law Group PLLC, 887 Donald Ross Road, Juno Beach, FL 33408-1611 |
| 517976511 | + | Fenton McGarvey Law Firm PSC, 2401 Stanley Gault Parkway, Louisville, KY 40223-4175 |
| 517976513 |   | GPS Physicans Group, 101 State St, Kennett Square, PA 19348 |
| 517976514 |   | HRRG, PO Box 189053, Plantation, FL 33318-9053 |
| 517976516 | + | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 517976518 | + | Lourdes Cardiology Services PC, 63 Kresson Road, Suite 101, Cherry Hill, NJ 08034-3200 |
| 517976519 | + | Lyons, Doughty & Veldhuis PC, 136 Gaither Drive Suite 100, Mt Laurel, NJ 08054-2239 |
| 517976520 |   | Mastercard/ American Airlines AAdvantage, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517976525 | + | New Jersey Attorney General Office, Division of Law, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 517976527 | + | New York state Higher Education (HESC), 99 Washington Avenue Dept. 736, Albany, NY 12255-1100 |
| 517976529 | + | Nyst Hghr Ed, 99 Washington Ave, Albany, NY 12255-1100 |
| 517987333 | + | PNC Bank, National Association, Kevin G. McDonald, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517976533 |   | Powerback Rehabilitation, 113 South Route, Voorhees, NJ 08043-9573 |

Case 19-11154-JNP    Doc 72    Filed 12/17/21    Entered 12/18/21 00:15:10    Desc Imaged
                      Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 15, 2021 | Form ID: plncf13 | Total Noticed: 97 |

| | | |
|---|---|---|
| 517976534 | + | Pulmonary And Sleep Associates Of South, 107 Berlin Road, Cherry Hill, NJ 08034-3526 |
| 517976535 | | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 517976536 | + | Quest Diagnostics, Arstrat, LLC, PO Box 33720, Detroit, MI 48232-3720 |
| 517976537 | | Reconstructive Orthopedics PA, 4 Evesham Drive Building A Suite 100, Marlton, NJ 08053 |
| 517976538 | + | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517976539 | + | Rickart Coll Systems, 575 Milltown Rd, North Brunswick, NJ 08902-3336 |
| 517976542 | + | South Jersey Pulmonary Specialists, 100 Carnie Blvd A5, Voorhees, NJ 08043-4513 |
| 517976543 | | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 518016174 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517976544 | + | Stu Ln Trust, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517976545 | + | The Law Firm Of Ryan E. Calef & Assoc., 1276 Veterans HIghway Suite E-1, Bristol, PA 19007-2597 |
| 517976546 | + | United States Attoney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0009 |
| 517976548 | + | United States Attorney General, United States Department of Justice, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |
| 517976549 | + | Virtua Health System WJ, Apex Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 517976550 | | Virtua Health System WJE, PO Box 7044, Apex Asset Management, Lancaster, PA 17604-7044 |
| 517976551 | | Virtua Health Voorhees, PO Box 8500-8267, Philadelphia, PA 19178-8267 |
| 517976552 | + | Virtua Medical Group, PO Box 6028, Bellmawr, NJ 08099-6028 |
| 517976554 | + | Virtua Medical Group PA, PO Box 6028, Bellmawr, NJ 08099-6028 |
| 517976555 | ++ | WEST JERSEY ANESTHESIA ASSOCIATES PA, 1000 WHITE HORSE ROAD SUITE 204, VOORHEES NJ 08043-4408 address filed with court:, West Jersey Anesthesia Associates, 102E Centre Blvd, Marlton, NJ 08053-4129 |

TOTAL: 61

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 15 2021 20:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 15 2021 20:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 15 2021 20:34:30 | BMW Bank of North America, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518008599 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 15 2021 20:34:23 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517985013 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 15 2021 20:34:30 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518007259 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Dec 15 2021 20:34:24 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 517976492 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Dec 15 2021 20:34:30 | Bmw Financial Services, 5515 Parkcenter Cir, Dublin, OH 43017 |
| 517976491 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 15 2021 20:25:00 | Barclays Bank Delaware, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 518034225 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2021 20:34:25 | CACH, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 517976493 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 15 2021 20:34:25 | Cach, Llc, 4340 S Monaco St Unit 2, Denver, CO 80237-3485 |
| 517976494 | + | Email/Text: bankruptcy@cavps.com | Dec 15 2021 20:25:00 | Calvary SPV I LLC, 500 Summit Lake Drive, Valhalla, NY 10595-1340 |
| 517976497 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 15 2021 20:34:22 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517976496 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 15 2021 20:34:34 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518017044 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 15 2021 20:34:24 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

Case 19-11154-JNP    Doc 72    Filed 12/17/21    Entered 12/18/21 00:15:10    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 15, 2021 | Form ID: plncf13 | Total Noticed: 97 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 517976500 | + | Email/PDF: MerrickBKNotifications@Resurgent.com Dec 15 2021 20:34:22 | | Carson Smithfield LLC, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 518028591 | | Email/Text: ECMCBKNotices@ecmc.org Dec 15 2021 20:25:00 | | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 517976512 | | Email/PDF: gecsedi@recoverycorp.com Dec 15 2021 20:34:33 | | GE Capital Retail Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 517976516 | + | Email/Text: Bankruptcy@ICSystem.com Dec 15 2021 20:26:00 | | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 517976517 | | Email/Text: sbse.cio.bnc.mail@irs.gov Dec 15 2021 20:25:00 | | Internal Revenue Service, ATTN: Bankruptcy Department, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517976501 | | Email/PDF: ais.chase.ebn@aisinfo.com Dec 15 2021 20:34:28 | | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 517992560 | | Email/PDF: resurgentbknotifications@resurgent.com Dec 15 2021 20:34:37 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518034103 | | Email/PDF: resurgentbknotifications@resurgent.com Dec 15 2021 20:34:31 | | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 517976521 | | Email/Text: bankruptcydpt@mcmcg.com Dec 15 2021 20:25:00 | | Midland Credit Mgmt, 1037 Raymond Blvd Ste 710, Newark, NJ 07102 |
| 517976522 | + | Email/Text: bankruptcydpt@mcmcg.com Dec 15 2021 20:25:00 | | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 518048719 | + | Email/Text: bankruptcydpt@mcmcg.com Dec 15 2021 20:25:00 | | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517976524 | + | Email/PDF: pa_dc_claims@navient.com Dec 15 2021 20:34:30 | | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 517976523 | + | Email/PDF: pa_dc_claims@navient.com Dec 15 2021 20:34:36 | | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 518139591 | | Email/PDF: pa_dc_claims@navient.com Dec 15 2021 20:34:36 | | Navient PC TRUST c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 518072517 | | Email/Text: Bankruptcy.Notices@pnc.com Dec 15 2021 20:25:00 | | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 517976530 | | Email/Text: Bankruptcy.Notices@pnc.com Dec 15 2021 20:25:00 | | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 517976532 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2021 20:34:24 | | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 518148745 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2021 20:34:24 | | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 518141877 | | Email/PDF: resurgentbknotifications@resurgent.com Dec 15 2021 20:34:25 | | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517976531 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 15 2021 20:34:23 | | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 517976540 | | Email/Text: bkrpt@retrievalmasters.com Dec 15 2021 20:25:00 | | RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 517976528 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov Dec 15 2021 20:25:00 | | NJ Division of Taxation, 50 Barrack Street 9th Floor, PO Box 245, Trenton, NJ 08695 |
| 517976541 | + | Email/Text: bk-notification@sps-law.com Dec 15 2021 20:25:00 | | Schachter Portnoy LLC, 3490 US Route 1, Princeton, NJ 08540-5920 |
| 517978002 | + | Email/PDF: gecsedi@recoverycorp.com Dec 15 2021 20:34:33 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517976547 | + | Email/Text: usanj.njbankr@usdoj.gov | | |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Dec 15, 2021 | Form ID: plncf13 | Total Noticed: 97 |

| | Dec 15 2021 20:25:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |
|---|---|---|

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517976515 | * | HRRG, PO Box 189053, Plantation, FL 33318-9053 |
| 517976526 | *+ | New Jersey Attorney General Office, Division of Law, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 517976553 | *+ | Virtua Medical Group, PO Box 6028, Bellmawr, NJ 08099-6028 |
| 517976556 | *P++ | WEST JERSEY ANESTHESIA ASSOCIATES PA, 1000 WHITE HORSE ROAD SUITE 204, VOORHEES NJ 08043-4408, address filed with court:, West Jersey Anesthesia Associates, 102E Centre Blvd, Marlton, NJ 08053-4129 |
| 517976499 | ##+ | Care Centrix, PO Box 7780, London, KY 40742-7780 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor BMW Bank of North America jschwartz@mesterschwartz.com |
| Joseph J. Rogers | on behalf of Joint Debtor Kelly A Hamburg jjresq@comcast.net jjrogers0507@gmail.com |
| Joseph J. Rogers | on behalf of Debtor Michael R Smith jjresq@comcast.net jjrogers0507@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8