UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Joseph J. Rogers, Esquire (JJR 1185)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
(856) 228-7964

Order Filed on December 27, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michael R. Smith and Kelly A. Hamburg

Case No.: 19-11154 JNP

Chapter: 13

Judge: Jerrold N. Poslusny, Jr

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 27, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Joseph J. Rogers, Esq_____, the applicant, is allowed a fee of $ _____700_____ for services rendered and expenses in the amount of $_____ for a total of $_____700_____ . The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____367_____ per month for ___49 more___ months to allow for payment of the aforesaid fee.

[ Payments are to commence January 1, 2022. ]