ISABEL C. BALBOA [*ICB-99001-00*]

### IN THE UNITED STATES BANKRUPTCY COURT FOR
### THE DISTRICT OF NEW JERSEY


### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021
**Case Number: 19-11154 (JNP)**

Michael R. Smith and Kelly A. Hamburg
107 Bowling Green
Voorhees, NJ  08043

Monthly Payment: $351.00
Payments / Month: 1
Current Trustee Comp.: 8.40%

#### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/17/2021 | $457.00 | 05/10/2021 | $457.00 | 05/11/2021 | $457.00 | 06/21/2021 | $1,391.00 |
| 06/21/2021 | $457.00 | 07/20/2021 | $457.00 | 08/05/2021 | $457.00 | 09/14/2021 | $457.00 |
| 10/07/2021 | $457.00 | 11/16/2021 | $351.00 | 12/16/2021 | $351.00 | | |

#### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MICHAEL R. SMITH | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $3,950.00 | $3,950.00 | $0.00 | $1,174.98 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $800.00 | $800.00 | $0.00 | $421.24 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $400.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $400.00 |
| 0 | JOSEPH J. ROGERS, ESQUIRE | 13 | $700.00 | $0.00 | $700.00 | $0.00 |
| 1 | A-1 COLLECTIONS SVC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ARS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ARSRTAT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | AT&T MOBILITY II, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | ADVOCARE COLON AND RECTAL SURG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | AMERICAN EDUCATION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | AKRON BILLING CENTER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | AMERICAN AIRLINES AADVANTAGE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | AMERICAN EXPRESS | 33 | $131.09 | $4.55 | $126.54 | $0.00 |
| 10 | APEX ASSET MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | APEX ASSET MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | APEX ASSET MANAGEMENT, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | ARS ACCOUNT RESOLUTION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | BANK OF AMERICA, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | BARCLAYS BANK DELAWARE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | BMW BANK OF NORTH AMERICA | 24 | $10.00 | $10.00 | $0.00 | $10.00 |
| 17 | CACH, LLC | 33 | $1,812.40 | $62.92 | $1,749.48 | $0.00 |
| 18 | CALVARY SPV I LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | CAPITAL COLLECTION SERVICE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | CAPITAL ONE BANK USA, N.A. | 33 | $5,311.79 | $184.41 | $5,127.38 | $0.00 |
| 21 | CAPITAL ONE BANK USA, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | CARDIOTHORACIC SURGICAL SPECL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|-------------|------------------|
| 23 | CARE CENTRIX | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | CARSON SMITHFIELD LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | JPMORGAN CHASE BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | CITIBANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | CMRE FINANCIAL SVCS IN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | DELAWARE VALLEY UROLOGY LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | DIAGNOSTIC PATHOLOGY CONSULTANTS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $325.43 | $11.30 | $314.13 | $0.00 |
| 31 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | FEDERATED LAW GROUP PLLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | FENTON MCGARVEY LAW FIRM PSC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | GE CAPITAL RETAIL BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | GPS PHYSICANS GROUP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | HRRG | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | I C SYSTEM INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | DEPARTMENT OF THE TREASURY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | LOURDES CARDIOLOGY SERVICES PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | LYONS, DOUGHTY & VELDHUIS PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | MASTERCARD/ AMERICAN AIRLINES AADVANTAGE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44 | MIDLAND FUNDING, LLC | 33 | $776.62 | $26.96 | $749.66 | $0.00 |
| 45 | MIDLAND FUNDING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | ECMC | 33 | $79,203.04 | $2,749.67 | $76,453.37 | $0.00 |
| 48 | NAVIENT PC TRUST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | STATE OF NEW JERSEY | 28 | $841.45 | $841.45 | $0.00 | $82.52 |
| 50 | NEW YORK STATE HIGHER EDUCATION (HESC) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51 | NAVIENT PC TRUST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | PNC BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $2,089.66 | $72.55 | $2,017.11 | $0.00 |
| 54 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 55 | POWERBACK REHABILITATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 56 | PULMONARY AND SLEEP ASSOCIATES OF SOUTH | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 57 | QUEST DIAGNOSTICS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 58 | QUEST DIAGNOSTICS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 59 | RMCB | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 60 | RECONSTRUCTIVE ORTHOPEDICS PA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 61 | REMEX INC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 62 | RICKART COLL SYSTEMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 63 | SCHACHTER & PORTNOY, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 64 | SOUTH JERSEY PULMONARY SPECIALISTS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 65 | SOUTH JERSEY RADIOLOGY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 66 | STU LN TRUST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 67 | SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 68 | THE LAW FIRM OF RYAN E. CALEF & ASSOC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 69 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 70 | UNITED STATES ATTONEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 71 | UNITED STATES ATTORNEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 72 | UNITED STATES ATTORNEY GENERAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 73 | APEX ASSET MANAGEMENT, LLC | 33 | $3,426.13 | $118.95 | $3,307.18 | $0.00 |
| 74 | APEX ASSET MANAGEMENT, LLC | 33 | $1,892.78 | $65.71 | $1,827.07 | $0.00 |
| 75 | VIRTUA MEDICAL GROUP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF NEW JERSEY**

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**
For the period of 01/01/2021 to 12/31/2021
**Case Number: 19-11154 (JNP)**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 76 | APEX ASSET MANAGEMENT, LLC | 33 | $1,607.91 | $55.82 | $1,552.09 | $0.00 |
| 77 | WEST JERSEY ANESTHESIA ASSOCIATES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 78 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 79 | JOSEPH J. ROGERS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 80 | KELLY A. HAMBURG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 81 | LVNV FUNDING, LLC | 33 | $2,173.41 | $75.45 | $2,097.96 | $0.00 |
| 82 | ADVANTA BANK CORPORATION | 33 | $5,457.96 | $189.48 | $5,268.48 | $0.00 |
| 83 | DEPARTMENT OF THE TREASURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 84 | LVNV FUNDING, LLC | 33 | $2,724.07 | $94.57 | $2,629.50 | $0.00 |
| 85 | STATE OF NEW JERSEY | 33 | $951.89 | $33.05 | $918.84 | $0.00 |
| 86 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $945.62 | $32.83 | $912.79 | $0.00 |
| 87 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $1,299.18 | $45.11 | $1,254.07 | $0.00 |
| 88 | NAVIENT PC TRUST | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 89 | PINNACLE CREDIT SERVICES, LLC | 33 | $1,175.57 | $40.81 | $1,134.76 | $0.00 |
| 90 | BMW BANK OF NORTH AMERICA | 13 | $306.00 | $306.00 | $0.00 | $306.00 |
| 91 | PNC BANK, N.A. | 24 | $4,455.71 | $202.13 | $4,253.58 | $0.00 |
| 92 | PNC BANK, N.A. | 13 | $538.00 | $538.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2019 | 33.00 | $0.00 |
| 11/01/2021 | Paid to Date | $12,321.00 |
| 12/01/2021 | 1.00 | $351.00 |
| 01/01/2022 | 49.00 | $367.00 |
| 02/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $5,749.00 |
| Total paid to creditors this period: | $2,794.74 |
| Undistributed Funds on Hand: | $321.52 |
| Arrearages: | $0.00 |
| Attorney: | JOSEPH J. ROGERS, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**