

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

**Order Filed on December 4, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Michael R. Smith & Kelly A Hamburg,

Debtors.

Case No.:  <u>19-11154 JNP</u>

Hearing Date: 12/9/2025 @ 11:00 a.m..

Judge:  <u>Jerrold N. Poslusny, Jr.</u>

## ORDER CURING POST-PETITION ARREARS & RESOLVING CERTIFICATE OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 4, 2025**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors:  Michael R. Smith & Kelly A Hamburg
Case No:  19-11154 JNP
Caption of Order:  ORDER CURING POST-PETITION ARREARS AND RESOLVING CERTIFICATE
OF DEFAULT
_____

     This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, PNC Bank, National Association, Denise Carlon appearing, upon a certificate of default as to real property located at 107 Bowling Green Drive, Voorhees, NJ, 08043, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Joseph J. Rogers, Esquire, attorney for Debtors, and for good cause having been shown

     It is **ORDERED, ADJUDGED and DECREED** that as of November 18, 2025, Debtors are in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due September 2025 through November 2025 for a total post-petition default of $7,079.81 (3 @ $2,420.82; less suspense $182.65); and

     It is further **ORDERED, ADJUDGED and DECREED** that Debtors shall make an immediate payment of $7,079.81 by November 30, 2025; and

     It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume December 1, 2025, directly to Secured Creditor's servicer, (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

     It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if any of the cure payments or regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

     It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

     It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $250.00 for attorneys' fees which is to be paid outside the Debtors' Chapter 13 plan and Certificate of Default is hereby resolved.