UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Barbara J. Snavely, Esquire (BJS5526)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
TEL (856) 228-7964 FAX (856) 228-7965
B_Snavely@comcast.net

Michael R. Smith and Kelly A. Hamburg

Order Filed on December 11, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case Number: 19-11154 JNP

Hearing Date:

Judge: Jerrold N. Poslusny, Jr

**ORDER TO WAIVE POST PETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT AND TO WAIVE FILING OF CERTIFICATION IN SUPPORT OF DISCHARGE WITH REGARD TO DOMESTIC SUPPORT OBLIGATIONS FOR CO-DEBTOR.**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 11, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

| | |
|---|---|
| Debtor(s): | Michael R. Smith and Kelly A. Hamburg |
| Case No.: | 19-11154 JNP |
| Caption of Order: | ORDER TO WAIVE POST PETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT AND TO WAIVE FILING OF CERTIFICATION IN SUPPORT OF DISCHARGE WITH REGARD TO DOMESTIC SUPPORT OBLIGATIONS FOR CO-DEBTOR. |

**THIS MATTER** having been presented to the court by the debtor, Michael R. Smith, by and through counsel, Barbara J. Snavely, Esquire, and the court having considered the papers submitted herein, and for good cause having shown for the making and entry hereof it is hereby;

**ORDERED** that the Co-debtor, Kelly A. Hamburg, is hereby excused from the required debtor education course and the certification in Support of Discharge with regarding to Domestic support obligations.