Certificate Number: 20668-NJ-DE-040581555

Bankruptcy Case Number: 19-11154



20668-NJ-DE-040581555

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 3, 2026, at 9:02 o'clock PM EST, Michael R Smith completed a course on personal financial management given by internet by Andrew Finberg, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   February 3, 2026                    By:      /s/Kathleen B Mills

Name:   Kathleen B Mills

Title:   TEN Financial Educator