**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Barbara J. Snavely, Esquire (BJS5526)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
TEL (856) 228-7964 FAX (856) 228-7965
B_Snavely@comcast.net

In Re:

 Michael R. Smith and Kelly A. Hamburg

**Order Filed on March 4, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No:  _____19-11154 JNP_____

Chapter:  _____13_____

Hearing Date:  _____

Judge:  _____Jerrold N. Poslusny Jr_____

---

### ORDER ON MOTION TO CANCEL AND DISCHARGE:

☐ **MORTGAGE**      ☒ **LIEN**      ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 4, 2026**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐  The debtor's motion is denied.

☐  The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 107 Bowling Green Voorhees, NJ 08043

Description of Mortgage/Judgment Lien:

    a.  Original Mortgagee/Lienholder: CitiBank N.A.

    b.  Current Assignee: Cavalry SPV I, LLC

    c.  Current Servicer: --

    d.  Date of Mortgage/Lien: 04/18/2017

    e.  Date of Recordation: 04/21/2017

    f.  Place of Recordation: Superior Court of NJ Camden County Special Civil Part

       i.  Mortgage Book: DC-000650-17; VJ-003116-17

       ii.  Page: n/a

    g.  Original Principal Balance of Mortgage/Lien: $ 13,096.62

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

2