**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Barbara J. Snavely, Esquire (BJS5526)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
TEL (856) 228-7964 FAX (856) 228-7965
B_Snavely@comcast.net

In Re:

  Michael R. Smith and Kelly A. Hamburg

**Order Filed on March 4, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No: _____19-11154 JNP_____

Chapter: _____13_____

Hearing Date: _____

Judge: _____Jerrold N. Poslusny Jr.___

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☐ **MORTGAGE**      ☒ **LIEN**      ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 4, 2026**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☐ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 107 Bowling Green Voorhees, NJ 08043

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: Barclays Bank Delaware

    b. Current Assignee: Midland Funding LLC

    c. Current Servicer: --

    d. Date of Mortgage/Lien: 11/14/2017

    e. Date of Recordation: 11/20/2017

    f. Place of Recordation: Superior Court of NJ Camden County Special Civil Part

      i. Mortgage Book: DC-010635-17; VJ-009196-17

      ii. Page: n/a

    g. Original Principal Balance of Mortgage/Lien: $ 864.15

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

2