**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Barbara J. Snavely, Esquire (BJS5526)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
TEL (856) 228-7964 FAX (856) 228-7965
B_Snavely@comcast.net

In Re:

Michael R. Smith and Kelly A. Hamburg

Order Filed on March 4, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No: _____19-11154 JNP_____

Chapter: _____13_____

Hearing Date: _____

Judge: _____Jerrold N. Poslusny Jr_____

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☐ **MORTGAGE**   ☒ **LIEN**   ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: March 4, 2026**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☐ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) __107 Bowling Green Voorhees, NJ 08043_____

Description of Mortgage/Judgment Lien:

    a.  Original Mortgagee/Lienholder: __Barclays Bank Delaware_____

    b.  Current Assignee: __Midland Funding LLC_____

    c.  Current Servicer: __--_____

    d.  Date of Mortgage/Lien: __11/14/2017_____

    e.  Date of Recordation: __11/20/2017_____

    f.  Place of Recordation: __Superior Court of NJ Camden County Special Civil Part_____

       i.  Mortgage Book: __DC-010635-17; VJ-009196-17_____

      ii.  Page: __n/a_____

    g.  Original Principal Balance of Mortgage/Lien: $ __864.15_____

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

2

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-11154-JNP

Michael R Smith                                                                      Chapter 13

Kelly A Hamburg

          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                                 User: admin                                              Page 1 of 2

Date Rcvd: Mar 04, 2026                        Form ID: pdf903                                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 06, 2026:**

**Recip ID                        Recipient Name and Address**
db/jdb                         +   Michael R Smith, Kelly A Hamburg, 107 Bowling Green, Voorhees, NJ 08043-4903

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2026                            Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 4, 2026 at the address(es) listed
below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Barbara J. Snavely | on behalf of Joint Debtor Kelly A Hamburg jjresq1@comcast.net |
| Barbara J. Snavely | on behalf of Debtor Michael R Smith jjresq1@comcast.net |
| Denise E. Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jason Brett Schwartz | |

District/off: 0312-1                                  User: admin                                  Page 2 of 2

Date Rcvd: Mar 04, 2026                          Form ID: pdf903                          Total Noticed: 1

on behalf of Creditor BMW Bank of North America bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com

Kevin Gordon McDonald

on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8