**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael R Smith | Social Security number or ITIN   xxx–xx–4780 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Kelly A Hamburg | Social Security number or ITIN   xxx–xx–7665 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   19–11154–JNP

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael R Smith

Kelly A Hamburg
aka Kelly A Simon

3/27/26

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                      Case No. 19-11154-JNP

Michael R Smith                                                                                      Chapter 13

Kelly A Hamburg

　　　Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Mar 27, 2026 | Form ID: 3180W | Total Noticed: 97 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael R Smith, Kelly A Hamburg, 107 Bowling Green, Voorhees, NJ 08043-4903 |
| 517976477 | + | A-1 Collections Svc, 2297 State Highway 33 St, Hamilton Square, NJ 08690-1717 |
| 517976488 | + | ARsrtat, 9800 Center Parkway #1100, Houston, TX 77036-8263 |
| 517976489 | + | AT & T Mobility, Po Box 3427, Bloomington, IL 61702-3427 |
| 517976481 | + | American Airlines AAdvantage, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517976487 | | Ars Account Resolution, 1643 Nw 136 Ave Bld H St, Sunrise, FL 33323 |
| 517976490 | | Bank Of America, N.a., 4161 Piedmont Pkwy, Simi Valley, CA 93065 |
| 517976495 | + | Capital Collection Ser, 20 E Taunton Rd # Bilg50, Berlin, NJ 08009-2615 |
| 517976498 | + | Cardiothoracic Surgical Specl, 705 Worthington Drive, Moorestown, NJ 08057-4409 |
| 517976499 | + | Care Centrix, PO Box 7780, London, KY 40742-7780 |
| 517976504 | | Delaware Valley Urology LLC, PO Box 14000, Belfast, ME 04915-4033 |
| 517976505 | + | Diagnostic Pathology Consultants, 575 Milltown Road, PO Box 7242, Rickart Collection Systems, North Brunswick, NJ 08902-7242 |
| 517976508 | | Emerg Phy Assoc Of S Jersey, PO Box 189053, HRRG, Plantation, FL 33318-9053 |
| 517976507 | + | Emerg Phy Assoc of S Jersey, 1801 Nw 66th Ave Ste 200, Ars Account Resolution, Plantation, FL 33313-4571 |
| 517976509 | | Emrg Phy Assoc Of S Jersey, PO Box 63599, Cincinatti, OH 45263-5999 |
| 517976510 | + | Federated Law Group PLLC, 887 Donald Ross Road, Juno Beach, FL 33408-1611 |
| 517976513 | + | GPS Physicans Group, 101 State St, Kennett Square, PA 19348-3109 |
| 517976514 | | HRRG, PO Box 189053, Plantation, FL 33318-9053 |
| 517976518 | + | Lourdes Cardiology Services PC, 63 Kresson Road, Suite 101, Cherry Hill, NJ 08034-3200 |
| 517976520 | | Mastercard/ American Airlines AAdvantage, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 517976527 | + | New York state Higher Education (HESC), 99 Washington Avenue Dept. 736, Albany, NY 12255-1100 |
| 517976529 | + | Nyst Hghr Ed, 99 Washington Ave, Albany, NY 12255-1100 |
| 517987333 | + | PNC Bank, National Association, Kevin G. McDonald, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517976533 | | Powerback Rehabilitation, 113 South Route, Voorhees, NJ 08043-9573 |
| 517976534 | + | Pulmonary And Sleep Associates Of South, 107 Berlin Road, Cherry Hill, NJ 08034-3526 |
| 517976536 | + | Quest Diagnostics, Arstrat, LLC, PO Box 33720, Detroit, MI 48232-3720 |
| 517976540 | | RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 517976537 | | Reconstructive Orthopedics PA, 4 Evesham Drive Building A Suite 100, Marlton, NJ 08053 |
| 517976541 | | Schachter Portnoy LLC, 3490 US Route 1, Princeton, NJ 08540 |
| 517976542 | + | South Jersey Pulmonary Specialists, 100 Carnie Blvd A5, Voorhees, NJ 08043-4513 |
| 517976544 | + | Stu Ln Trust, 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517976545 | + | The Law Firm Of Ryan E. Calef & Assoc., 1276 Veterans HIghway Suite E-1, Bristol, PA 19007-2597 |
| 517976548 | + | United States Attorney General, United States Department of Justice, Ben Franklin Station, P.O. Box 683, Washington, DC 20044-0683 |
| 517976549 | + | Virtua Health System WJ, Apex Asset Management, LLC, PO Box 5407, Lancaster, PA 17606-5407 |
| 517976550 | | Virtua Health System WJE, PO Box 7044, Apex Asset Management, Lancaster, PA 17604-7044 |
| 517976551 | | Virtua Health Voorhees, PO Box 8500-8267, Philadelphia, PA 19178-8267 |
| 517976552 | + | Virtua Medical Group, PO Box 6028, Bellmawr, NJ 08099-6028 |
| 517976554 | + | Virtua Medical Group PA, PO Box 6028, Bellmawr, NJ 08099-6028 |
| 517976555 | ++ | WEST JERSEY ANESTHESIA ASSOCIATES PA, 1000 WHITE HORSE ROAD SUITE 204, VOORHEES NJ 08043-4408 address filed with court:, West Jersey Anesthesia Associates, 102E Centre Blvd, Marlton, NJ 08053-4129 |

District/off: 0312-1            User: admin            Page 2 of 5

Date Rcvd: Mar 27, 2026            Form ID: 3180W            Total Noticed: 97

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Mar 27 2026 21:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 27 2026 21:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + EDI: AISACG.COM | Mar 28 2026 01:21:00 | BMW Bank of North America, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517976480 | Email/Text: akron_patient_services@teamhealth.com | Mar 27 2026 21:53:00 | Akron Billing Center, 3585 Ridge Park Dr, Akron, OH 44313-3527 |
| 517976486 | ^ MEBN | Mar 27 2026 21:53:23 | ARS, PO Box 8668, Pompano Beach, FL 33075-8668 |
| 518008599 | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 27 2026 22:05:15 | Advanta Bank Corporation, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517976479 | + Email/Text: bncnotifications@pheaa.org | Mar 27 2026 21:53:00 | Aes/suntrust Bank, Pob 61047, Harrisburg, PA 17106-1047 |
| 518026011 | Email/PDF: bncnotices@becket-lee.com | Mar 27 2026 22:05:15 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517976482 | + Email/PDF: bncnotices@becket-lee.com | Mar 27 2026 22:05:45 | Amex, Po Box 297871, Fort Lauderdale, FL 33329-7871 |
| 517976483 | ^ MEBN | Mar 27 2026 21:53:17 | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 517976484 | ^ MEBN | Mar 27 2026 21:53:18 | Apex Asset, 2501 Oregon Pike Suite 102, Lancaster, PA 17601-4890 |
| 517976485 | ^ MEBN | Mar 27 2026 21:53:19 | Apex Asset Management LLC, 2501 Oregon Pike Suite 102, Lancaster, PA 17601-4890 |
| 517985013 | + EDI: AISACG.COM | Mar 28 2026 01:21:00 | BMW Bank of North America, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518007259 | EDI: BMW.COM | Mar 28 2026 01:21:00 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 517976492 | EDI: BMW.COM | Mar 28 2026 01:21:00 | Bmw Financial Services, 5515 Parkcenter Cir, Dublin, OH 43017 |
| 517976491 | + EDI: TSYS2 | Mar 28 2026 01:21:00 | Barclays Bank Delaware, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 518034225 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2026 22:05:23 | CACH, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 517976503 | Email/Text: EBN_Brea@meduitrcm.com | Mar 27 2026 21:54:00 | Cmre Financial Svcs In, 3075 E Imperial Hwy Ste 200, Brea, CA 92821 |
| 517976493 | + Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2026 22:05:23 | Cach, Llc, 4340 S Monaco St Unit 2, Denver, CO 80237-3485 |
| 517976494 | + Email/Text: bankruptcy@cavps.com | Mar 27 2026 21:55:00 | Calvary SPV I LLC, 500 Summit Lake Drive, Valhalla, NY 10595-1340 |
| 517976497 | + EDI: CAPITALONE.COM | Mar 28 2026 01:20:00 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 517976496 | + EDI: CAPITALONE.COM | Mar 28 2026 01:20:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518017044 | + EDI: AIS.COM | | |

District/off: 0312-1                         User: admin                                    Page 3 of 5

Date Rcvd: Mar 27, 2026                      Form ID: 3180W                                 Total Noticed: 97

| | | | |
|---|---|---|---|
| | | Mar 28 2026 01:21:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 517976500 | + Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | Mar 27 2026 22:05:16 | Carson Smithfield LLC, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 517976501 | + EDI: JPMORGANCHASE | | |
| | | Mar 28 2026 01:20:00 | Chase Card, Po Box 15298, Wilmington, DE 19850-5298 |
| 517976502 | EDI: CITICORP | | |
| | | Mar 28 2026 01:21:00 | Citibank NA, PO Box 6052, Sioux Falls, SD 57117-6052 |
| 518059185 | Email/Text: BNCnotices@dcmservices.com | | |
| | | Mar 27 2026 21:54:00 | EMERGENCY PHYSICIAN ASSOCIATES OF S.JERSEY,PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 518028591 | Email/Text: ECMCBKNotices@ecmc.org | | |
| | | Mar 27 2026 21:54:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 517976506 | ^ MEBN | | |
| | | Mar 27 2026 21:51:26 | Emerg Phy Assoc of S Jersey, PO Box 740021, Cincinnati, OH 45274-0021 |
| 517976511 | ^ MEBN | | |
| | | Mar 27 2026 21:50:29 | Fenton McGarvey Law Firm PSC, 2401 Stanley Gault Parkway, Louisville, KY 40223-4175 |
| 517976512 | EDI: SYNC | | |
| | | Mar 28 2026 01:20:00 | GE Capital Retail Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 517976516 | + EDI: LCIICSYSTEM | | |
| | | Mar 28 2026 01:20:00 | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 517976517 | EDI: IRS.COM | | |
| | | Mar 28 2026 01:21:00 | Internal Revenue Service, ATTN: Bankruptcy Department, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 517992560 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 27 2026 22:05:23 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518034103 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Mar 27 2026 22:05:23 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 517976519 | + Email/Text: BKNotice@ldvlaw.com | | |
| | | Mar 27 2026 21:54:00 | Lyons, Doughty & Veldhuis PC, 136 Gaither Drive Suite 100, Mt Laurel, NJ 08054-2239 |
| 517976521 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Mar 27 2026 21:54:00 | Midland Credit Mgmt, 1037 Raymond Blvd Ste 710, Newark, NJ 07102-5423 |
| 517976522 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Mar 27 2026 21:54:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 518048719 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Mar 27 2026 21:54:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517976524 | + Email/PDF: Bankruptcy_Prod@mohela.com | | |
| | | Mar 27 2026 22:05:22 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 517976523 | + Email/PDF: Bankruptcy_Prod@mohela.com | | |
| | | Mar 27 2026 22:05:34 | Navient, Po Box 9655, Wilkes Barre, PA 18773-9655 |
| 518139591 | Email/PDF: Bankruptcy_Prod@mohela.com | | |
| | | Mar 27 2026 22:05:46 | Navient PC TRUST c/o, Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 517976525 | ^ MEBN | | |
| | | Mar 27 2026 21:51:01 | New Jersey Attorney General Office, Division of Law, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 518072517 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Mar 27 2026 21:53:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 517976530 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Mar 27 2026 21:53:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 517976532 | EDI: PRA.COM | | |
| | | Mar 28 2026 01:21:00 | Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541 |
| 518148745 | EDI: PRA.COM | | |

District/off: 0312-1

User: admin

Page 4 of 5

Date Rcvd: Mar 27, 2026

Form ID: 3180W

Total Noticed: 97

| | | | |
|---|---|---|---|
| | | Mar 28 2026 01:21:00 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 518141877 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2026 22:05:35 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517976531 | + EDI: PRA.COM | Mar 28 2026 01:21:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 517976535 | Email/Text: BankruptcyMail@questdiagnostics.com | Mar 27 2026 21:55:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 517976539 | Email/Text: pattim@rickart.com | Mar 27 2026 21:54:00 | Rickart Coll Systems, 575 Milltown Rd, North Brunswick, NJ 08902-3321 |
| 517976538 | + Email/Text: clientservices@remexinc.com | Mar 27 2026 21:53:00 | Remex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 517976528 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 27 2026 21:53:00 | NJ Division of Taxation, 50 Barrack Street 9th Floor, PO Box 245, Trenton, NJ 08695 |
| 518016174 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 27 2026 21:53:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 517976543 | ^ MEBN | Mar 27 2026 21:57:21 | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 517978002 | + EDI: PRA.COM | Mar 28 2026 01:21:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517976546 | ^ MEBN | Mar 27 2026 21:55:35 | United States Attoney General, 950 Pennsylvania Avenue, NW, Washington, DC 20530-0009 |
| 517976547 | + Email/Text: usanj.njbankr@usdoj.gov | Mar 27 2026 21:55:00 | United States Attorney, Peter Rodino Federal Building, 970 Broad Street, Suite 700, Newark, NJ 07102-2527 |

TOTAL: 58

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517976515 | * | HRRG, PO Box 189053, Plantation, FL 33318-9053 |
| 517976526 | *+ | New Jersey Attorney General Office, Division of Law, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 517976553 | *+ | Virtua Medical Group, PO Box 6028, Bellmawr, NJ 08099-6028 |
| 517976556 | *P++ | WEST JERSEY ANESTHESIA ASSOCIATES PA, 1000 WHITE HORSE ROAD SUITE 204, VOORHEES NJ 08043-4408, address filed with court:, West Jersey Anesthesia Associates, 102E Centre Blvd, Marlton, NJ 08053-4129 |
| 517976478 | ##+ | Advocare Colon and Rectal Surg, 502 Centennial Blvd #5, Voorhees, NJ 08043-9544 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2026

Signature:    /s/Gustava Winters

District/off: 0312-1                          User: admin                                    Page 5 of 5
Date Rcvd: Mar 27, 2026                       Form ID: 3180W                                  Total Noticed: 97

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Barbara J. Snavely | on behalf of Joint Debtor Kelly A Hamburg jjresq1@comcast.net |
| Barbara J. Snavely | on behalf of Debtor Michael R Smith jjresq1@comcast.net |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor BMW Bank of North America bkecf@friedmanvartolo.com  bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8